FILED
CLERK, U.S. DISTRICT COURT

APR 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TREVON MAURICE FRANKLIN, <br> aka "Tre-Von M. King," <br><br> Defendant. | CR No. 17-7 CR0 0206 <br><br> **I N D I C T M E N T** <br><br> [17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(a), (c)(1): Criminal Infringement of a Copyright] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(a), (c)(1)]

Between on or about February 20, 2016 and February 22, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant TREVON MAURICE FRANKLIN, also known as "Tre-Von M. King," did willfully infringe the copyright of a copyrighted work, namely the motion picture Deadpool, by the reproduction and distribution, including by electronic means, during a 180-day period,

//

1 | of at least ten copies and phonorecords of Deadpool, which had a
2 | total retail value of at least $2,500.

A TRUE BILL

_____/s/_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

*(signature)*

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

STEPHANIE S. CHRISTENSEN
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section

VICKI CHOU
Assistant United States Attorney
Cyber and Intellectual Property
Crimes Section