# United States Pretrial Services

for

Central District of California

U.S.A. vs.  Trevon Franklin                                    Docket No. 2:17CR00206

## Petition for Action on Conditions of Pretrial Release

     COMES NOW GEORGE M. WALKER, CHIEF UNITED STATES PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant   Trevon Franklin  , who was placed under pretrial release supervision by the Honorable   Steve Kim  , sitting in the court at   Los Angeles, CA   on the   27th   day of   June, 2017   under the General Conditions of Release listed on the District Court's Release Order and Bond Form (CR-1) and the following additional conditions:

Report on a regular basis to Pretrial Services and comply with their rules and regulations; report in person to Pretrial Services on the first working day following your release from custody; reside at a location approved by Pretrial Services, and do not move or be absent from this residence for more than 24 hours without prior approval of Pretrial Services; travel restricted to the Eastern District of California and the Central District of California, for court-purposes only, unless other approved by Pretrial Services; report any contact with law enforcement to Pretrial Services within 24 hours; seek and/or maintain employment, and provide proof thereof to Pretrial Services, upon request; not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon. Additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control; submit to drug and/or alcohol testing as approved by Pretrial Services. You must pay all or part of the costs of testing services based on your ability as determined by Pretrial Services; refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner, and you must notify Pretrial Services immediately of any prescribed medication. Medical marijuana prescribed and/or recommended may not be used; and participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependancy, or mental health condition, as approved by Pretrial Services. You must be all or part of the costs of the counseling services based on you ability as determined by Pretrial Services.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is drinking alcohol in excess.

# United States Pretrial Services

for

Central District of California

U.S.A. vs. Trevon Franklin         Docket No. 2:17CR00206

## Petition for Action on Conditions of Pretrial Release
(Page 2)

PRAYING THAT THE COURT WILL modify the defendant's conditions of release to include:

Do not use alcohol.

ORDER OF COURT

Considered and ordered this  22nd  day of December , 2017  and ordered filed and made a part of the records in the above case.

_John A. Kronstatdt_
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.
Executed on  12/21/2017

_Matthew S. Carter_
U.S. Pretrial Services Officer

_Michael Ries_
Supervising U.S. Pretrial Services Officer

Place  Los Angeles, CA