NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
RYAN WHITE (Cal. Bar No. 255201)
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2296
     Facsimile: (213) 894-0141
     E-mail:    ryan.white@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 17-206-JAK |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| TREVON MAURICE FRANKLIN, | |
| Defendant. | **CURRENT TRIAL DATE:** 2/27/18<br>**[PROPOSED] TRIAL DATE:** 6/26/18 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ryan White, and defendant TREVON MAURICE FRANKLIN ("defendant"), both individually and by and through his counsel of record, Deputy Federal Public Defender Summer Lacey, hereby stipulate as follows:

1.  The Indictment in this case was made public on June 13, 2017.  Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on June 27,

1  2017.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required
2  that the trial commence on or before September 5, 2017.
3      2.   On June 27, 2017, the Court set a trial date of August 22,
4  2017, and a pretrial conference/motions hearing date of August 10,
5  2017.
6      3.   The Court has previously continued the trial date in this
7  case from August 22, 2017, to February 27, 2018, and found the
8  interim period to be excluded in computing the time within which the
9  trial must commence, pursuant to the Speedy Trial Act.
10     4.   Defendant is released on bond pending trial.  The parties
11 estimate that the trial in this matter will last approximately two to
12 three days.
13     5.   By this stipulation, defendant moves to continue the trial
14 date to June 26, 2018, and to continue the pretrial
15 conference/motions hearing date to June 14, 2018.  This is the second
16 request for a continuance.
17     6.   Defendant requests the continuance based upon the following
18 facts, which the parties believe demonstrate good cause to support
19 the appropriate findings under the Speedy Trial Act:
20         a.   Defendant is charged with a violation of 17 U.S.C.
21 § 506(a)(1)(B), 18 U.S.C. 2319(a): Criminal Infringement of a
22 Copyright.  The government has produced discovery to the defense,
23 including approximately 364 pages or files of records (certain
24 electronic files contain more than one page of records each).
25         b.   Defense counsel has the following conflicts:  <u>United
26 States v. Sosa-Peterson</u>, CR 17-87-DMG, a false information on a
27 passport case scheduled for trial on February 13, 2018, and estimated
28 to last 2-3 days.  <u>United States v. Rodriguez</u>, CR 17-782-JFW, a

2

1   multiple defendant felon in possession of a weapon case scheduled for
2   trial on February 20, 2018, and expected to last 2-3 days.  <u>United
3   States v. Cruz</u>, CR 17-335-FMO, a mail theft and felon in possession
4   of a weapon case scheduled for trial on February 20, 2018, and
5   expected to last 2-3 days. <u>United States v. Hobbs</u>, CR 17-364-GW, a
6   possession with intent to distribute a controlled substance case.
7   Trial is scheduled for March 6, 2018, and is estimated to last 3
8   days.  <u>United States v. Bellamy</u>, CR 17-117-MWF, a possession with
9   intent to distribute cocaine case.  Trial is scheduled to begin on
10  March 20, 2018, and is expected to last 2-3 days.  <u>United States v.
11  Lindsey</u>, CR 17-301-SJO, a mail theft case.  Trial is scheduled for
12  April 10, 2018, and is estimated to last 2 days.  <u>United States v.
13  Carper</u>, CR 17-521-SVW, a possession of child pornography case.  Trial
14  is scheduled for April 17, 2018, and is estimated to last 4 days.
15  <u>United States v. Brown</u>, CR 16-669, a theft of government property
16  case. Trial is scheduled for April 24, 2018, and is estimated to last
17  2-3 days.  <u>United States v. Shelton</u>, CR 17-391-GW, a felon in
18  possession of a weapon case scheduled for trial on May 1, 2018, and
19  expected to last 2-3 days.  <u>United States v. Garrett</u>, CR 17- 422-ODW,
20  a theft of government property case.  Trial is scheduled to begin on
21  May 15, 2018, and is expected to last 2-3 days.  <u>United States v.
22  Hurt</u>, CR 17-293-SJO, a theft of government property case.  Trial is
23  scheduled to begin on May 22, 2018, and is expected to last 2-3 days.
24  Accordingly, counsel represents that she will not have the time that
25  she believes is necessary to prepare to try this case on the current
26  trial date.
27          c.   In light of the foregoing, counsel for defendant also
28  represents that additional time is necessary to confer with

3

defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.   Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

        e.   The government does not object to the continuance.

        f.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

    7.   For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of February 27, 2018 to June 26, 2018, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and

(iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: January 22, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Ryan White*

RYAN WHITE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

//
//
//
//
//
//

5

I am TREVON MAURICE FRANKLIN's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 26, 2018 is an informed and voluntary one.

_____    1-22-18
SUMMER LACEY                       Date
Attorney for Defendant
TREVON MAURICE FRANKLIN

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 26, 2018. I understand that I will be ordered to appear in Courtroom 10B of the Federal Courthouse, 350 W. First Street, Los Angeles, California on June 26, 2018 at 9:00 a.m.

_____    1-22-2018
TREVON MAURICE FRANKLIN            Date
Defendant

6