```
NICOLA T. HANNA
United States Attorney
PATRICK FITZGERALD
Assistant United States Attorney
Chief, National Security Division
ELLEN E. LANSDEN (Cal. Bar No. 274096)
Assistant United States Attorney
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3176
     Facsimile: (213) 894-0142
     E-mail:    ellen.lansden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>TREVON MAURICE FRANKLIN,<br>  aka "Tre-Von M. King,"<br><br>             Defendant. | No. CR 17-206-JAK<br><br>NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
|---|---|

   Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | Ryan White | Ryan.white@usdoj.gov |
| Newly Assigned AUSA | Ellen E. Lansden | Ellen.lansden@usdoj.gov |

   Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: March 19, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK FITZGERALD
Assistant United States Attorney
Chief, National Security Division

　/S/
ELLEN E. LANSDEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA