FILED
2018 MAY 15 PM 4:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TREVON MAURICE FRANKLIN,<br>　aka "Tre-Von M. King,"<br><br>　　　　Defendant. | CR No. 17-206(A)-JAK<br><br>F I R S T<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[17 U.S.C. § 506(a)(1)(B) and 18<br>U.S.C. § 2319(a), (c)(3): Criminal<br>Infringement of a Copyright]<br><br>[Class A Misdemeanor] |

　　The United States Attorney charges:

COUNT ONE

[17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(a), (c)(3)]

　　Between on or about February 20, 2016 and February 22, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant TREVON MAURICE FRANKLIN, also known as "Tre-Von M. King," did willfully infringe the copyright of a copyrighted work, namely the motion picture *Deadpool*, by the reproduction and distribution, including by electronic means, during a 180-day period,

//

of at least one copy and phonorecord of *Deadpool*, which had a total retail value of more than $1,000.

NICOLA T. HANNA
United States Attorney

*/s/ P± R. FG*

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

RYAN WHITE
Assistant United States Attorney
Chief, Cyber & Intellectual
Property Crimes Section

JENNIE L. WANG
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual
Property Crimes Section

ELLEN E. LANSDEN
Assistant United States Attorney
Cyber & Intellectual Property
Crimes Section