# CASE SUMMARY

Case Number: CR 17-206(A)-JAK
U.S.A. v. TREVON MAURICE FRANKLIN
☐ Indictment    ☑ Information

Defendant Number: _____
Year of Birth: 1995
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
  ☑ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
  ☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☐ Felony

b. Date of Offense: 2/20/2016 - 2/22/2016

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
  ☑ Los Angeles  ☐ Ventura
  ☐ Orange  ☐ Santa Barbara
  ☐ Riverside  ☐ San Luis Obispo
  ☐ San Bernardino  ☐ Other _____

Citation of Offense: 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(a),(c)(3)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  ☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  ☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
  ☐ No  ☑ Yes
  If "Yes," Case Number: CR 17-206-JAK

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
  ☐ is still pending
  ☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  ☑ No  ☐ Yes
IF YES, provide Name: _____
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*  ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?  ☐ Yes  ☑ No
This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: April 7, 2017
Case Number: CR 17-206-JAK

The superseded case:
  ☑ is still pending before Judge/Magistrate Judge _____
  ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*  ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes  ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☑ Other   copyright infringement

**CUSTODY STATUS**

**Defendant is not in custody:**
a. Date and time of arrest on complaint: June 13, 2017
b. Posted bond at complaint level on: June 27, 2017
   in the amount of $ 10,000
c. PSA supervision? ☑ Yes ☐ No
d. Is on bail or release from another district: _____

**Defendant is in custody:**
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___20___ ___21___ ___40___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   May 15, 2018

*Signature:* Ellen Lansden
Signature of Assistant U.S. Attorney
Ellen Lansden
Print Name

CR-72 (12/17)   CASE SUMMARY   Page 2 of 2