FILED
CLERK, U.S. DISTRICT COURT
JUN 4 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>Trevon Maurice Franklin<br>DEFENDANT | CASE NUMBER:<br>17-206-JAK<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, __Trevon Maurice Franklin__, the above-named defendant, who is accused of __Criminal Infringement of a Copyright__, in violation of __17 U.S.C. §506(a)(1)(B) and 18 U.S.C. 2319(c)(3)__, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __June 4, 2018__, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__6/4/18__
Date

__6/4/18__
Date

__June 4 2014__
Date

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                    **WAIVER OF INDICTMENT**