UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CR17-00206 JAK |
| Date | June 7, 2018 |

| | |
|---|---|
| Present: The Honorable | John A. Kronstadt, United States District Judge |
| Interpreter | N/A |

| Andrea Keifer | Alex Joko | Ellen E. Lansden |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevon Maurice Franklin | Not | | X | Summer Lacey | X | X | |

**Proceedings:**     CHANGE OF PLEA (Continued)

The change of plea hearing is not held. The Defendant is not present. Defense counsel states that the Defendant lives in Fresno, California and does not own an automobile. He purchased a ticket to take a Greyhound bus early this morning and was not permitted to board the bus. Accordingly, defense counsel requests a continuance of the Change of Plea hearing so that the Defendant can be present. There is no objection by Government counsel. The Court **GRANTS** the request and continues the hearing to June 14, 2018 at 8:30 a.m. The Court advises defense counsel that if the Defendant fails to appear on June 14, a bench warrant may issue for his arrest.

**IT IS SO ORDERED.**

                                                                                                   :   02

                                                            Initials of Deputy Clerk   ak

cc: