UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   2:17–cr–00206–JAK | Date   6/14/2018 |

Present :   The Honorable JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE
Interpreter :   N/A

| Andrea Keifer | Alex Joko | Ellen Lansden |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Trevon Maurice Franklin | X | | X | 1. Summer Lacey, DFPD | X | X | |

**Proceedings:**   **CHANGE OF PLEA**

X     Defendant moves to change his plea to an   Information  .

X     Defendant is sworn.

X     Defendant enters a new and different plea of GUILTY to Count(s)  1 .

X     The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

X     The Court refers the defendant to the Probation Office for investigation and a complete report and the matter is continued to **September 27, 2018 at 08:30 AM** for sentencing. Sentencing position papers shall be filed **September 13, 2018**. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers.

X     The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

:25
Initials of Deputy Clerk   ake