NICOLA T. HANNA
United States Attorney
PATRICK S. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JENNIE L. WANG (Cal. Bar No. 233392)
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450
    Facsimile: (213) 894-0141
    E-mail:   jennie.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-206(A)-JAK |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT |
| v. | |
| TREVON MAURICE KING, | |
| Defendant. | |

    Plaintiff, United States of America, hereby advises the Court that the above-captioned criminal case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| Previously-Assigned AUSA | Ellen Lansden | ellen.lansden@usdoj.gov |
| Newly-Assigned AUSA | Jennie L. Wang | jennie.wang@usdoj.gov |

Please make all necessary changes to the Court's Case Management/ Electronic Case Filing system to ensure that the newly-assigned AUSA's name is associated with this case as attorney of

record for the United States and that the newly-assigned AUSA receives all emails relating to filings in this case.

Dated: August 9, 2018					Respectfully submitted,

							NICOLA T. HANNA
							United States Attorney

							PATRICK S. FITZGERALD
							Assistant United States Attorney
							Chief, National Security Division


							       /s/
							JENNIE L. WANG
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA