UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR17-00206 JAK | Date | September 6, 2018 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | N/A |

| Andrea Keifer | Alex Joko | Jennie Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevon Maurice Franklin | X | | X | Summer Lacey | X | X | |

| Proceedings: | ORDER TO SHOW CAUSE WHY DEFENDANT'S BOND SHOULD NOT BE REVOKED (DKT. 8) |
|---|---|

The hearing is held on the Order to Show Cause. Also present is Pretrial Services Officer, Matthew Carter. The Court has reviewed the letter and Petition submitted by Officer Carter. Dkt. 41, 42. He informs the Court that Defendant failed to report for another drug test, which was reported on September 4, 2018 by Pretrial Services Officer, Antony Perez, in the Eastern District of California (Fresno). It is his understanding that Defendant was scheduled to make-up the drug test on September 5, 2018, but failed to appear. Officer Carter states that Defendant has admitted to the use of marijuana and alcohol on a daily basis. Government counsel agrees with Officer Carter's recommendation that Defendant's bond should be revoked and Defendant should be remanded into custody. Although the Pre-Sentence Report does not recommend a custodial sentence, the Government will advocate for the imposition of one. Defense counsel argues that the nature of the offense does not warrant incarceration. Moreover, the sentencing is set for September 27, 2018, which she believes will result in a sentence of probation. Defense counsel recommends that the Court amend the conditions of pretrial release to include location monitoring and outpatient drug treatment until the time of sentencing. She states that Defendant has been advised to seek other living arrangements so that he is not residing with the alleged victim in the reported domestic violence matter pending in the Superior Court in Fresno. Defense counsel reports that Defendant took steps to inquire as to whether a bench warrant has been issued in that action, and was told that no warrant is outstanding. This is not consistent with the statements in the materials submitted to the Court by the Government.

In light of the foregoing, the Court orders the following:

1. Defendant shall report to the Superior Court in Fresno no later than September 7, 2018 to inquire about the status of the bench warrant. If there is such a warrant, the Superior Court may decide to effect it by having Defendant detained;
2. Defendant shall live in a location that complies with any active restraining order;
3. Defendant shall contact Perez to schedule a date for a drug test and appear for the test unless he has been detained in connection with the Superior Court proceedings; and
4. Defendant shall confer with Perez as to what drug and alcohol programs are available to him and the cost

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

of the programs.

On September 10, 2018, defense counsel shall file a report as to the status of the foregoing matters. Defense counsel shall also update both Government counsel and Pretrial Services as to any developments that may affect their respective positions as to detention of Defendant in these proceedings prior to sentencing or alternative conditions that may be imposed on Defendant prior to sentencing. The hearing on the Order to Show Cause is **CONTINUED** to September 17, 2018 at 1:30 p.m. Upon review of the September 10 report, and any follow up report by counsel and/or Pretrial Services, the Court will determine whether the hearing is necessary. Defendant is ordered to be present at the hearing unless he has been detained in connection with the Superior Court proceedings in Fresno.

Defendant is advised that it is the Court's expectation that he will comply with the Court's Orders and the conditions of his pretrial release.

**IT IS SO ORDERED.**

|  | : | 26 |
|---|---|---|
| Initials of Deputy Clerk | ak | |

cc:  Matthew Carter, Pretrial Services
     Anthony Perez, Pretrial Services