|   |   |
|---|---|
| 1 | HILARY POTASHNER (Bar No. 167060)<br>Federal Public Defender |
| 2 | SUMMER LACEY (Bar No. 308614)<br>(E-Mail: Summer_Lacey@fd.org) |
| 3 | Deputy Federal Public Defender<br>321 East 2nd Street |
| 4 | Los Angeles, California 90012-4202<br>Telephone: (213) 894-7330 |
| 5 | Facsimile: (213) 894-0081 |
| 6 | Attorneys for Defendant Charged as<br>TREVON MAURICE FRANKLIN |
| 7 |   |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 17-206-JAK |
|---|---|
| Plaintiff, | **STATUS REPORT RE: THE STATUS OF DEFENDANT'S COMPLIANCE WITH COURT ORDERS** |
| v. |  |
| TREVON MAURICE FRANKLIN, |  |
| Defendant. |  |

Defendant, Trevon Maurice Franklin, through his counsel of record, Deputy Federal Public Defender Summer Lacey, hereby submits this status report re: the status of defendant's compliance with Court orders following the September 6, 2018, Order to Show Cause Hearing, as requested by this Court.

//
//
//
//
//
//
//

On September 6, 2018, this Court requested that a status report re: the status of defendant's compliance with Court orders following the September 6, 2018, Order to Show Cause Hearing, be filed by September 10, 2018.  Following the status conference on September 6, 2018, Mr. Franklin called ED/CA Pretrial Service Officer Anthony Perez and scheduled a drug test for September 7, 2018.  On September 6, 2018, Mr. Franklin also informed Officer Perez that he would go to the Fresno County Superior Court on September 7, 2018, to inquire about the status of the bench warrant ordered in the pending misdemeanor state case.  Additionally, on September 6, 2018, CD/CA Pretrial Service Officer Matthew Carter informed defense counsel that Officer Perez has agreed to increase Mr. Franklin's drug testing frequency in order to address concerns regarding illicit substance abuse.

On September 7, 2018, Mr. Franklin went to the Fresno County Superior Court to inquire about the bench warrant.  When he arrived at the courthouse, he notified the court clerk that he had an active bench warrant in connection with a pending misdemeanor case.  Mr. Franklin was instructed to schedule a new calendar date for the case with the court clerk.  Mr. Franklin was given a calendar notification document noting that a new pretrial date had been set in the matter for October 26, 2018. Mr. Franklin was not given the opportunity to appear before a judge.  Rather, he was instructed to return to court on October 26, 2018. Mr. Franklin will contact the attorney assigned to represent him in his state case to inquire about further actions.

Following the court matter, Mr. Franklin met with Officer Perez for drug testing. Mr. Franklin showed Officer Perez a copy of the calendar notification document that he received from Fresno County Superior Court.  Officer Perez made copies of the document.  Mr. Perez and Mr. Franklin spoke about Mr. Franklin's continued drug testing.  Mr. Franklin shall additionally confer with Officer Perez as to available drug and alcohol treatment options.

//

//

Finally, Mr. Franklin will live with his grandfather, James McPherson, in Fresno, California.  Mr. McPherson's address has been provided to Officer Perez.

                                      Respectfully submitted,

                                      HILARY POTASHNER
                                      Federal Public Defender

DATED: September 7, 2018        */s/ Summer Lacey*
                                      SUMMER LACEY
                                      Deputy Federal Public Defender
                                      Attorney for Defendant
                                      TREVON MAURICE FRANKLIN