# EXHIBIT A



## Tre-Von M. King

[ Follow ]  [ Message ]

| Timeline | About | Friends | Photos | More |

**Follow Tre-Von** to get his public posts in your News Feed.

[ Follow ]

   5,250 Followers

---

 **Tre-Von M. King**
1 hr ·

Join

 **Tre-Von M. King** · BOOTLEG MOVIES
2 hrs ·

EVERYBODY JOIN

Like     Comment     Share

20 people like this.

 **Sara-kate Leathers** Roger Palmer
Like · Reply · 1 hr

 **Roger Palmer** HAHAHA this isn't going to last very long
Like · Reply · 4 · 1 hr

 **Roger Palmer** Greg Lewis
Like · Reply · 1 hr

 **Tre-Von M. King** Lmao
Like · Reply · 1 · 1 hr

 **Roger Palmer** Greg, this dude has a full fuckin video of Deadpool on his fuckin facebook
Like · Reply · 1 · 1 hr

 **Jimmy Mulay** All the people talking shit saying they hope or want to see him get arrested - work for media or entertainment. They don't like the idea of their cozy job being endangered. They're the same people that talk shit because "flipping a hamburger ain't hard... See More
Like · Reply · 2 · 54 mins

     **Dylan Paddison** I don't work for the media or entertainment. This dude needs to get arrested. The less money the movie makes the lower chance of another one, and this guy has lost the movie tons and tons of money doing this.
    Like · Reply · 2 · 34 mins

     **Jimmy Mulay** You realize that point is mute considering they made $500 million already (enough to make a sequel by current hollywood standards and projections)
    Like · Reply · 33 mins

    View more replies

TMPID00011



Write a reply...

**Jimmy Mulay** "Michaela Anne Have fun in jail you fucking moron." - worked at Dipson Theaters. Nah bitch you wasn't ripping people off to pay for the shit you own. Oh wait, yeah you was.
Like · Reply · 1 · 53 mins

> **Michaela Anne** Actually, I had no control or interaction with the movie aspect. The only crime I'm guilty of is giving people extra large popcorns with extra butter while knowing each bucket contains over 6000 calories. But okay broski.
> Like · Reply · 1 · 36 mins

> **Jimmy Mulay** So you were like the bitch girl to these media outfits?
> Like · Reply · 21 mins

> View more replies

Write a reply...

**Tre-Von M. King**    myyy nigga is flamin everybody negative, he the real hero
Like · Reply · 1 · 51 mins

**Jimmy Mulay** To anyone that can't handle it - it's because Tre-Von is real. Something the media will never be.
Like · Reply · 1 · 50 mins

**Tre-Von M. King** ^ a true homie, and I don't even know him💯💯
Like · Reply · 49 mins

**David Oyse** Troll
Like · Reply · 1 · 41 mins

**Greg Clayton** Jimmy is trying to get his Jimmy sucked by Tre-Von, he's commenting on every post thinking hes gangsta lol.
Like · Reply · 4 · 37 mins

> **Tre-Von M. King** Why result to gay shit
> Like · Reply · 1 · 36 mins

> **Jimmy Mulay** ^Because he clearly has something better to say
> Like · Reply · 1 · 12 mins

Write a reply...

**Jimmy Mulay** You know I'm really not racist but after reading these comments today I'm ashamed to be grouped with the people who share the color of my skin. All these white people hiding behind the law saying he's going to get arrested just say what you really want... See More
Like · Reply · 1 · 37 mins

**Jimmy Mulay** "Greg Clayton : Gansta" - "Carl Vannest : old hood";"homeboys"
Like · Reply · 1 · 35 mins

> **Tre-Von M. King**
> Like · Reply · 34 mins

Write a reply...

**Jimmy Mulay** What do you guys really want to say?
Like · Reply · 35 mins

**John Corral** It doesn't matter if he is white or black or asian or puerto rican. Its people like you jimmy that turn issues that are not race related into race related arguments.
Like · Reply · 5 · 30 mins

> **Jimmy Mulay** I turned it into one because I was the one that started using racist comment? You made this same comment to someone that pointed the same thing out like 2 hours ago dude. You work in entertainment. I get it. You're not racist, you're protecting you're interests.
> Like · Reply · 23 mins

> **Jimmy Mulay** It doesn't mean the people calling him the racist names aren't racist. That's pretty anecdotal.
> Like · Reply · 16 mins

> View more replies

Write a reply...

TMPID00012

 **William Millard** Jimmy Mulay stop kissing ass, you have got to be one of the dumbest people I've seen on here. Quit talking big when you got a damn creeper from Minecraft as your profile pic.

Like · Reply · 2 · 28 mins

 William Millard replied · 7 Replies · 12 mins

 **Jimmy Mulay** If it's not race related why all the race shit? Why not understand the media is 99% of the race problem?

Like · Reply · 26 mins

 **Britney Kalk** I don't dislike this because the kid is black, he probably is a cool guy. I dislike this because I did do work on this film. You're taking money away from the low people. The people who swept floors and placed trees in the right angle. The people who b... See More

Like · Reply · 4 · 14 mins · Edited

 **Chris Williams** Aye on sum rs good look on that shit. I ain't trippin I saw deadpool for free

Like · Reply · 17 mins

 Write a comment...

---

 **Suwop Mollyboy HalloweenGang** ▶ **Tre-Von M. King**
1 hr ·

A bro im rocking with the ya dig so how could I add the group and fuck dem just of bitlnch of white dumbass kids wit nun to do but look for copyrights

Tre-Von M. King likes this.

 **Tre-Von M. King** I just share my page
1 hr

---

 **Tre-Von M. King**
2 hrs ·

I Just Started A New Group Called "Bootleg Movies"      Go Look It Up And Join #IfYouFuckWithMe #FuckWitIt💯 That's Where I'm Post More Movies, That's Coming Out.

| Like | Comment | Share |
|------|---------|-------|

117 people like this.

1 share

**Brittany Bailey** I can't find it. Send it to me plz
Like · Reply · 1 · 2 hrs

**Danyal Habib** Waqas Anwer
Like · Reply · 1 · 2 hrs

**Danyal Habib** Absar Azhar
Like · Reply · 2 hrs

Write a reply...

**J.b. Grimes** I want to join
Like · Reply · 1 · 2 hrs

**Yair Mejia Cruz** Hook it up the link brua
Like · Reply · 1 · 2 hrs

**Danyal Habib** I wanna watch batman vs superman
Like · Reply · 2 · 2 hrs

**Carter Shadwell** Basically an online confession, don't be surprised if you get a visitor
Like · Reply · 13 · 2 hrs

**Steven Bowers** When
Like · Reply · 1 hr

Write a reply...

TMPID00013

**Jay Jay Terwilliger** ??
Like · Reply · 2 hrs

**Anthony Ransaw** What the name of it
Like · Reply · 1 · 2 hrs

**Tre-Von M. King** "Bootleg Movies"
Like · Reply · 1 · 2 hrs

  1 Reply

**Jason Maddox** Someone going to catch a case 5 years have fun with that
Like · Reply · 15 · 2 hrs

**Eric Gross** Lol have fun in prison when the MPAA comes after you...
Like · Reply · 8 · 2 hrs

**Garrett Robb** You just love building a case don't you
Like · Reply · 3 · 2 hrs

**Sean Dalton** A reminder.



Like · Reply · 20 · 2 hrs

**Sean Dalton** You'll realize how bad you'll wish it didn't go viral.



Like · Reply · 21 · 2 hrs

  **Sean Dalton** Take notice, it mentions nothing about profit. You're depriving profit from the studio. I'd say roughly $20Mil now.

  Imagine you made an album, I copied it from you, but I made nothing from it because I gave it to everyone for free. (On the flip side,... See More
  Like · Reply · 4 · 2 hrs · Edited

  **Sammy Hijazin** It's already viral
  Like · Reply · 2 hrs

  View more replies

  Write a reply...

**So Hair** FBI will go after you soon, good luck
Like · Reply · 3 · 2 hrs

**Joshua StockMarket** Yeah you will proably get in trouble but still add me please
Like · Reply · 2 hrs

**Rayshawn Farmer** Bro take this down real talk online is not the way to go with bootlegs especially on Facebook like serious take it down
Like · Reply · 8 · 2 hrs

**Jitmichael Makaveli Songsamayvong** Why y'all tripping, just be happy you can watch it lol
Like · Reply · 2 · 2 hrs · Edited

  **Jason Maddox** Bc it's highly illegal and how would u like it if you was working for free ?
  Like · Reply · 4 · 2 hrs

  **Charlie Lewis** Hopefully it does.... I'd rather people actually go watch it. Even at $1 a piece, that $3,000,000 this movie just lost in box office income means the sequel has a chance at not being as good. They made a badass movie on a super low budget. Why screw th... See More
  Like · Reply · 8 · 2 hrs



View more replies

Write a reply...

**Yair Mejia Cruz** Always trynna put a nigga down smh
Like · Reply · 3 · 2 hrs

> **John Corral** Yeah cause its always a race thing. Dumbass
> Like · Reply · 2 hrs

> **Jaque Miles** John Corral I don't think he meant it in that sense. It's always someone who wants to pull the "race card" card.
> Like · Reply · 2 · 1 hr

> Write a reply...

**Brice Long** My niggas....be careful lol bro re-upload this with a fake account and delete this post. Like now...just advice
Like · Reply · 1 · 2 hrs

> **Joaquin Rivera** lmao its too late
> Like · Reply · 1 · 2 hrs

> **Brice Long** No proof if they delete the whole post and all posts talking about it
> Like · Reply · 2 hrs

> View more replies

Write a reply...

**BooGene DntBlow** Hating ass Mfs y'all act like he making money off this shit
Like · Reply · 2 · 2 hrs

> **Brice Long** It don't matter if they making money off of it bootleg movies are illegal and using a direct line to yourself to do it....well....think about...
> Like · Reply · 2 hrs

> **BooGene DntBlow** Get off dude Dick     He saved me money keep Dropping em
> Like · Reply · 2 hrs

> View more replies

Write a reply...

**Icyclenyc Raul** bro all these people are stressing you man very,very much lmaoo          you'll be fine trust no FBI WILL look for you fuck they care you posted a bootleg movie lmao
Like · Reply · 1 · 2 hrs

> **Mack Teel** Actually they care a lot. 4 milliom views at 7$ a movie ticket, thats 28 million dollars in revenue lost. Would you care?
> Like · Reply · 2 hrs

> **Icyclenyc Raul** idk man I really dont care and you shouldn't either bro is free, no worries you know, fuck it just let it be.
> Like · Reply · 2 hrs

> View more replies

Write a reply...

**Mack Teel** A fake account woulda been better to post but no fucks lol
Like · Reply · 2 hrs

**Jimmy Mulay** Like this comment if you came here because the comments on the movie were going to fast!
Like · Reply · 4 · 2 hrs

**Joaquin Rivera** yo please update us with what happens legally and thanks for the movie
Like · Reply · 3 · 2 hrs

**Joe Byrne** 5 years federal prison. Huge fine. Have fun with this.
Like · Reply · 6 · 2 hrs

**Jeremy Rivers** I want to join the group
Like · Reply · 1 · 2 hrs

**Eugene Williams** That's what's up
Like · Reply · 1 · 2 hrs

TMPID00015



**Demetrius Epps** Put me in Fucc them.......
Like · Reply · 2 · 1 hr

**BooGene DntBlow** Just enjoy the Fucking movie💯💯 Hating ass ppl mad cause they didn't think about it
Like · Reply · 3 · 1 hr

> **Randy Hendricks** Listen up boy it's because it's illegal and takes away from all of those who worked their asses off for over a year making that movie. Go take your ignorant monkey ass to the welfare line you feral savage.
> Like · Reply · 1 · 1 hr

> **BooGene DntBlow** Get yo racist ass on. Nobody asked Yu to comment yo 2can.Sam looking ass. U the reason why white Mfs get robbed and beat in Chicago yall think y'all superior but y'all ain't shit
> Like · Reply · 2 · 1 hr

> View more replies

> Write a reply...

**Dat Kels** Add me
Like · Reply · 1 · 1 hr

**JeLisa Burney** It would be smart to not create this group. Especially on a social media site.
Like · Reply · 1 · 1 hr

**Gabrielle K Neal** Yay!!! Just watched ya deadpool movie thanks a lot!
Like · Reply · 4 · 1 hr

**Jesus Torres Jr.** Where's the sign up sheet?
Like · Reply · 3 · 1 hr

**Tilia Mac** You should probably start your Gofundme account now bc you will probably need it to pay a shit ton of money 😂😂😂
Like · Reply · 11 · 1 hr

> **BooGene DntBlow** Stop Snitching Lil Bih
> Like · Reply · 1 hr

> **Glenn Atkins** Get y'all ratting asses out of here. Gonna be main ones watching it
> Like · Reply · 1 hr

> View more replies

> Write a reply...

**Suwop Mollyboy HalloweenGang** How do I find it the griuo
Like · Reply · 1 hr

**Suwop Mollyboy HalloweenGang** Group and yall stop bein the police bitch ass nigggas
Like · Reply · 7 · 1 hr

**Tre-Von M. King** I'm fucking straight, why tf yall haters worried about MY LIFE OR WHATS GONE HAPPEN TO ME
Like · Reply · 9 · 1 hr

> **Glenn Atkins** I swear B. How I find the group family. Fuck all the haters ya dig
> Like · Reply · 3 · 1 hr

> **Cal Wal** On life mfers dont have shit better to do but worry about the next man. Share the link and just delete the shit off yo page make the group private
> Like · Reply · 1 · 1 hr

> View more replies

> Write a reply...

**Jimmy Mulay** Why do people get off on wanting to see Tre-Von get taken down? Nothing better to do? A part of the movie crew? LMFAO might as well suck em' all while you're at it. Bunch of sticks. They made $500 million already and don't get taxes like other high pro... See More
Like · Reply · 1 · 1 hr

> **Ian Jones** You're an idiot...yet if it was your movie and lost the money of 4m people you wouldnt care right...not to mention the theaters that loss money, the people that lose hours but whatever fuck hard working

people

Like · Reply · 1 · 1 hr

**Jimmy Mulay** Hard working people making movies? I guess you should really define hard working. Please, I would love to hear it.

Like · Reply · 1 hr

View more replies

Write a reply...

**Krystal May** When I look up bootleg movies the page doesn't pop up.. Can you fix that?

Like · Reply · 1 · 1 hr

**Tre-Von M. King** Its public, I don't know what you want me to fix?

Like · Reply · 1 · 1 hr

**Krystal May** Thank you for putting yourself out there btw

Like · Reply · 2 · 1 hr

Write a reply...

**Krystal May** It won't show when I search for it.. So I didn't know if Facebook took it down already

Like · Reply · 1 · 1 hr

**Cory Friesen** Thanks for posting the video Lmao! If you sit with the video comments open they never stop haha!!

Like · Reply · 1 hr

**Eric Galarza** Kimberly Sanchez check it out free movies bruh lol

Like · Reply · 1 hr

**Gabrielle K Neal** Idk y everyone wasting they time to tell him to take it down y'all must have nothing else to do with y'all life I mean most y'all don't know each other from a hole in a wall so if he wants to post it he can how does anyone even know he really posted it... See More

Like · Reply · 2 · 1 hr

**Petrius M Vart** Damn str8!!

Like · Reply · 1 · 17 mins

Write a reply...

**Krystal May** Tre-Von can you post your bootleg page link?

Like · Reply · 1 · 1 hr

**Tre-Von M. King** Yeah hold up

Like · Reply · 1 hr

**Krystal May** Yessir

Like · Reply · 1 · 1 hr

View more replies

Write a reply...

**EL Onehundred** Can't find it

Like · Reply · 1 · 1 hr

**Tre-Von M. King** Hold up

Like · Reply · 1 hr

Write a reply...

**Rush Ken W** I want in the group

Like · Reply · 1 hr

**Ashley Nicole** I can't find the group either!!

Like · Reply · 1 hr

**Ruben De La Torre**



2/22/2016 Case 2:17-cr-00206-JAK Document 48-1 Filed 05/12/18 Page 9 of 65 Page ID #:181



Like · Reply · 7 · 1 hr

**Cody Whittaker** This is the best think I've ever seen haha
Like · Reply · 1 · 1 hr

**Cody Whittaker** thing* shiiiiit haha
Like · Reply · 1 · 1 hr

Write a reply...

**Don H. Dunn** So if you're all about the money ,then why are you so broke you can't afford a movie ticket ???
Like · Reply · 4 · 1 hr

**JeLisa Burney** This is perfect
Like · Reply · 1 hr

**Lorin Gamble** I can afford a shit load of tickets to any movie but I don't feel like getting up fuck it IMA watch it on my phone
Like · Reply · 2 · 1 hr

View more replies

Write a reply...

**Don H. Dunn** Typical of idiot Millennials who thinks everything is free
Like · Reply · 6 · 1 hr

**Enrique Jr Rodriguez** Haaaaaa!!!
Like · Reply · 1 hr

**Josh Godbout** Don't condemn a whole generation on the actions of a few cmon now
Like · Reply · 43 mins

View more replies

Write a reply...

**Chris Doose** Its ghetto as shit..........yall
Like · Reply · 1 hr · Edited

**Angela Palazzo** Looks like your baby will be visiting you in prison. #goals
Like · Reply · 6 · 1 hr

**Ian Jones** Yet if this was your movie you be pissed someone bootlegged it and 4m people watched it for free...times that by 10 to 15 dollars for a ticket normally...huge revenue loss but hey whatever fuck the millions that went into making such an epic movie that... See More
Like · Reply · 5 · 1 hr

**Enrique Jr Rodriguez** I already paid my ticket to see it wich means I can watch it for free again
Like · Reply · 1 hr

**Ian Jones** When you buy it on blu ray or dvd sir...again respect goes a long ways in this world which is why this generation is making the movie Idocracy look like a documentary
Like · Reply · 1 hr

Write a reply...

**Jamie Fretwell** Send me some links I can't find Shyt good online
Like · Reply · 1 hr

**Lorin Gamble** Bet bro
Like · Reply · 1 · 1 hr

**Robert Hernandez** Add me bruh
Like · Reply · 1 hr

**Bre Frazier** And all the white ppl say " have fun, the police will be coming" . Nigga im cookin dope on shaw and 1st sendem here . In better terms. DONT NOBODY GIVA FUK.
Like · Reply · 1 · 57 mins

**John Corral** I'm sure you are going to go far.
Like · Reply · 4 · 37 mins

Write a reply...

**Alexis McCreary** My only concern is sorry if I offend you I'm not trying to. But I saw you have a baby on the way. People really do get arrested for these things for real it's a felony charge. Your child that's all I'm saying I have four of my own.

https://www.facebook.com/trevon.franklin.33?fref=photo

TMPID00018

8/64

And I couldn't be with ... See More

Like · Reply · 3 · 56 mins



Tre-Von M. King Thanks

Like · Reply · 1 · 53 mins

Alexis McCreary You're very welcome.

Like · Reply · 1 · 49 mins

Write a reply...

Jo L Jackson Too many add me to it don't know what page urs. A couple ofem say dat title.

Like · Reply · 44 mins

Michael Gaylor Can't find it send me invite

Like · Reply · 32 mins

Jason Lewis I'm a screenwriter, hope you get sued and then prison drilled

Like · Reply · 3 · 26 mins

Colton Randall Unsigned artist (Kid Smitty) out of Detroit freestyling for Crooked I Slaughter House Shady Records
https://m.facebook.com/story.php...

Like · Reply · 20 mins

Michael Bennett Add me please... And ty

Like · Reply · 19 mins

Write a comment...

---

Matthew Glover ▸ Tre-Von M. King
3 hrs ·

#ANewUpComingArtist
#CheckMeOut &
#GiveMeALikeOnBothOfMyPages
www.reverbnation.com/MrThr33
www.Facebook.com/RealDealMrNeil



Share

3 people like this.

---



Tre-Von M. King shared his video.
3 hrs ·

Much appreciated yall 💯



4,699 Views

**Tre-Von M. King** with **Deiquan Easter** and **6 others.**
January 30 at 12:35pm ·

"WATCH* My video,some shit i wrote called "City Of $ins"

| Like | Comment | Share |
| --- | --- | --- |

**8 people** like this.

**View 1 more comment**

 **Tory Parks** On god you real fam
Like · Reply · 👍 1 · 3 hrs

 **Friday Heels McCarther** I love it you ain't never lied about Fresno post it on YouTube
Like · Reply · 👍 1 · 2 hrs

 **Tre-Von M. King** replied · 1 Reply

 **John Corral** You can delete my comments all you want. But you cant delete your shitty talent.
Like · Reply · 👍 2 · 1 hr

 **Tre-Von M. King** replied · 41 Replies · 1 hr

 **Robby Kilgore** You obviously can't spit, so you must swallow💯
Like · Reply · 29 mins

 Write a comment...

 **Tre-Von M. King** shared his **video.**
3 hrs ·

Views going up    much appreciated

TMPID00020

5,465 Views

**Tre-Von M. King** added a new video.
January 31 at 8:14pm ·

[ Follow ]

#LIKE #COMMENT had to write a another one💯💯💯💯💯💯💯 #IfYouFuckWithMe #FuckWitIt

Like          Comment          Share

**7 people** like this.

Write a comment...

---

**Tre-Von M. King**
3 hrs ·



❤ **2,351 likes**
marvelousdavid BRUH this nigga face a perfect
square😭 you can play Tetris with this niggas head,
he look like a limited edition lego. Tell me he don't
look like the "Shots" app logo😭 how many times
they tell this nigga "be there or be square" and he
never came? lord forgive him because he looks like
spongebobs reincarnation. This nigga came straight
outta minecraft bruh. why his head built like a
gamecube? when he was made by Nintendo?😭 this is the
crimson chin when he was younger. Length x Width
tells me this nigga face got an area of 32 square
inches. You can play 4 square on dudes face with no
problem. i should've never roasted him cause if
he ever see me on the street he's gonna wanna
square up😭😭

Like          Comment          Share

**32 people** like this.

**30 shares**

View 12 more comments

**Thomas Ciluffo** When they said be there or be squared....
Like · Reply · 46 mins

**Edgar Ociel Casarez** Edgar Carlos
Like · Reply · 32 mins

**Ivan Hernandez** Karen Hernandez
Like · Reply · 29 mins

**Karen Hernandez** Ivan Hernandez lmao
Like · Reply · 1 · 28 mins

         Karen Hernandez replied · 2 Replies · 9 mins

Write a comment...



**Shawn Lewis** ▸ **Tre-Von M. King**
4 hrs · Fresno ·

Bro my friends in Oklahoma even watched your video    Damn

Tre-Von M. King likes this.

**Tre-Von M. King**
1 · 4 hrs



**Tre-Von M. King**
5 hrs ·

Woke up to see DeadPool got 2.7 million views         damn Daniel!
I see all these ppl talking the Feds gone get me, well where they at??? I'm still going up

    Like        Comment       Share

254 people like this.

3 shares

**Lorin Gamble** I'm saying bro they hate but watching the movie and no cops came good shit bro
Like · Reply ·    1 · 5 hrs

**Kimmy Moore** DAAAAMN DANIEL!!!
Like · Reply ·    3 · 5 hrs

**Andre Alves** Yooooo hahahahah
Like · Reply ·    1 · 5 hrs

**Bre Garza** Thank u for my early morning entertainment... I give it two thumbs up Have a blessed day!
Like · Reply ·    2 · 5 hrs

**Luis Miguel Gonell** I saved the video
Like · Reply ·    4 · 5 hrs

    **Bre Garza** Me too!
    Like · Reply ·    1 · 5 hrs

    **Luis Miguel Gonell** It looks good
    Like · Reply · 5 hrs

    Write a reply...

**Conceptualization Gibbs**

Like · Reply ·    1 · 4 hrs

**Oran Snelling** People kill me saying someone is going to get fined, merked etc, but say it AFTER they've checked out the quality of the movie first. You can't point the finger and you pushed play your self. I'm not saying it was smart to do but I will say it was genius! He's not the first and not the last. #newagepimping
Like · Reply ·    6 · 4 hrs

**Tre-Von M. King** All I did was upload it, as far as the shares, likes, and comments I can't controll what people do on fb just what I do. So hate on the fact, that I still dgaf about yall irrelevant ass individuals. #ThatPart
Like · Reply ·    5 · 4 hrs

**Billy McCall** Haters gonna hate. U the real MVP
Like · Reply ·    2 · 4 hrs

    **Tre-Von M. King**
    Like · Reply ·    1 · 4 hrs

    Write a reply...

TMPID00022

**Julian Mrmotionpikture Harvey** Lol bro you a beast
Like · Reply · 1 · 4 hrs

**Julian Mrmotionpikture Harvey** Watch this shit at work last night and didn't do shit
Like · Reply · 2 · 4 hrs

> **Douglas Hall** Same    100 100
> Like · Reply · 1 · 3 hrs

> Write a reply...

**Luis Miguel Gonell** He did the vid in mint condition these Chinese ppl that be selling movies be moving too much    100
Like · Reply · 2 · 4 hrs

**Bobby Joe Fawkes**



Like · Reply · 6 · 4 hrs

> **Tre-Von M. King** Lmaooo that part
> Like · Reply · 3 · 4 hrs

**Ricky Holland** 😀😀😀

Like · Reply · 5 · 4 hrs

**Eric Galarza** Doug Dietz
Like · Reply · 4 hrs

**Marty Jo** Damn Daniel
Like · Reply · 1 · 4 hrs

> **Tre-Von M. King**
> Like · Reply · 4 hrs

> **Marty Jo** Bruh turn your followers thing on that's how you get more ppl to share your stuff
> Like · Reply · 1 · 4 hrs

> View more replies

> Write a reply...

**Robert Manson** They don't fuck around that's for sure
Like · Reply · 4 hrs

**Nandagopala Moorali** I didn't watch it. You can take it down now
Like · Reply · 2 · 4 hrs

> **Tre-Von M. King** Nah
> Like · Reply · 1 · 4 hrs

> **Nandagopala Moorali** I hope you got that inside message
> Like · Reply · 2 · 4 hrs

> View more replies

> Write a reply...

**Ricky Holland**    Justin

TMPID00023



Like · Reply · 4 · 4 hrs · Edited

 **Sam Clay**
Like · Reply · 4 hrs

 Write a reply...

**Nyles Foster** That's what I give the genius behind this post



Like · Reply · 1 · 4 hrs

**Greg Zeller** You're a fucking idiot, they're coming buddy just wait
Like · Reply · 12 · 4 hrs

 **Prince Marco** @ Greg Zeller is you mad bro???? Lol
Like · Reply · 1 · 3 hrs

 **Dean Woodruff** No he's like Me and just in awe that someone can be this stupid. Nothing on Facebook is private.. it's just a matter of time he gets caught and sent to prison for 10 years.... what don't yall get about that. He is going to ruin his life (if not already... See More
Like · Reply · 2 · 2 hrs

 Write a reply...

 **Tre-Von M. King** Waiting ....
Like · Reply · 6 · 4 hrs

 **Prince Marco** Greg Zeller is you mad bro lol ha haaaa
Like · Reply · 1 · 3 hrs

 Write a reply...

 **Luis Chavez** I just watched this at work. And I was gonna watch this movie on Friday night lmao!! You the Real MVP!!! 💯
Like · Reply · 4 hrs

 **Ricky Holland** You can tell Justin Schainberg don't get pussy!!! 😂😂😂
Like · Reply · 3 · 4 hrs

 **Greg Zeller** Lol keep waiting they'll be there. It's a felony. Which means at least 5 years. I hope it was worth your freedom
Like · Reply · 5 · 4 hrs

 **Tre-Von M. King** I blocked that, opp ass nigga for tryna tag FBI n shit
Like · Reply · 4 · 4 hrs · Edited

 **Adam Reed** Dammnnnn Sean Larkin
Like · Reply · 4 hrs

 **Britni Jones** I think he gets the D...

TMPID00024

14/64



Like · Reply · 2 · 4 hrs

 **Tre-Von M. King** Mouth all open n shit
Like · Reply · 1 · 4 hrs

 **Britni Jones** He's waiting for it hahaha
Like · Reply · 1 · 4 hrs

View more replies

Write a reply...

 **Ricky Holland** Lmmfao
Like · Reply · 1 · 4 hrs

 **Julian Mrmotionpikture Harvey** Yeah bro Tre-Von M. King in a hot second take
it down yourself because they snitching and them people will let this shit keep
building up to try to lock you up for this shit your the direct link and the white
folks mad they snitching hard I'm happy because you like Robbin hood robbing
from the rich giving to the poor but yeah take it down
Like · Reply · 3 · 4 hrs

 **Wesley Paugh** Shit, I ain't mad at the man. Lol. That took some balls.
#respect
Like · Reply · 1 · 4 hrs

 **Juanita Starr Walker** Also white and could care less, I'm actually
entertained as hell with this shit. #BeingWhiteIsACrime
Like · Reply · 3 · 4 hrs

View more replies

Write a reply...

 **Nyles Foster** Greg get yo ass on cry baby ass
Like · Reply · 2 · 4 hrs

 **Will Schuster** Yeah what you did can get you 3 years in jail. I'll give you like a
week bro
Like · Reply · 3 · 4 hrs

 **Dean Woodruff** No 10 years in prison not jail....
Like · Reply · 1 · 2 hrs

 **Will Schuster** ^you sure? If so thanks for the correction. Learn
something new every day
Like · Reply · 1 hr

Write a reply...

 **Julian Mrmotionpikture Harvey** Yeah bro they hating plus I don't want you to
get in trouble I need you for when batman vs superman come out lmao
Like · Reply · 12 · 4 hrs

 **Nandagopala Moorali**
Like · Reply · 4 hrs

 **Nandagopala Moorali** U just made my day
Like · Reply · 1 · 4 hrs · Edited

View more replies

Write a reply...

 **Tori GPnk Miller** Well I applaud u for uploading it. Watched it at 1:30 this
morning. You rock sir. Thanks.
Like · Reply · 1 · 4 hrs

TMPID00025

**Julian Mrmotionpikture Harvey** Yeah these white folks on bullshit ^^^^

Like · Reply · · 4 hrs

**Bella Gunz** Why yall mad at him tho ? Is it YOUR MOVIE ? IS IT TAKING MONEY OUT OF YOUR POCKET ? shut the fuck up already he made alot of people happy . People who work and have lots of responsibilities but arent able to go watch the movie (like myself) im currently in the process of downloading it off facebopk cuz i know one of u cocksuckers gonna dick ride so bad its gonna get taken down

Like · Reply · 6 · 4 hrs

    **Greg Zeller** Stupid bitch

    Like · Reply · 4 hrs

    **Bella Gunz** Your mothers a stupid bitch lmfaoooo

    Like · Reply · 1 · 4 hrs

    View more replies

    Write a reply...

**Julian Mrmotionpikture Harvey** Dude a legend now but if he take it down make his page private they might not link this shit to him because these white people steaming right now they can't wait to see bro in trouble

Like · Reply · 1 · 4 hrs

    **Wesley Paugh** Which is stupid. It's honestly no one else's business but his if they do come for him or not. It's not like it's affecting their lives

    Like · Reply · 4 hrs

    **Wesley Paugh** I'd just take Julian 's advice bro. I'd hate to see you in trouble for this.

    Like · Reply · 4 hrs

    View more replies

    Write a reply...

**Steven Jackson** Way to pull the race card ass hat...

Like · Reply · 10 · 4 hrs

**Julian Mrmotionpikture Harvey** Y'all the ones mad fuck that white folks out here reporting fast as hell lol

Like · Reply · 4 · 4 hrs

    **Steven Jackson** Are you blind or stupid? People of every color are telling him to take it down... way to be a racist fuck boy and target the whites...

    Like · Reply · 8 · 4 hrs

    **Julian Mrmotionpikture Harvey** Nope I see more angry white people look at the little white kid cursing the girl out dick face y'all mad as shit

    Like · Reply · 2 · 4 hrs

    View more replies

    Write a reply...

**Tim Conklin** You gunna get that new batman and superman?

Like · Reply · 3 · 4 hrs

    **Tre-Von M. King** Wait on it, I got yall

    Like · Reply · 3 · 4 hrs

    Write a reply...

**John Shuttleworth** My god. Learn how to bootleg. The worst quality I have ever seen. You film that on a flip phone? I reported it just on fact of shitty quality alone. Ha ha ha. Have fun in prison. Oh wait. You people like prison. Vacation!!!

Like · Reply · 7 · 4 hrs

    **Bella Gunz** You people ??? Ok. Can YOU people stop shooting up churches and schools? Thanks

    Like · Reply · 2 · 4 hrs

    **John Shuttleworth** Bet we've killed less people in mass shootings, then y'all have your own brothers in the streets. Over colors. But that's just me.

    Like · Reply · 2 · 4 hrs

    View more replies

TMPID00026

Write a reply...

**Jadarius CL West** Bruh just keep movies up fuck them folks
Like · Reply · 2 · 4 hrs

**Ryan McCann** So your agreeing that the blacks promote crime? Thanks for that
Like · Reply · 5 · 4 hrs

> **Britni Jones** Whys it have to be blacks? I swear someone always messes it up for everyone.
> Like · Reply · 4 hrs

> **Ryan McCann** Cause the gentleman said "i know white people mad reporting this" lol.
> Like · Reply · 1 · 4 hrs

> View more replies

Write a reply...

**Bella Gunz** Andy milonakis is MAD ASF



Like · Reply · 6 · 4 hrs

> **Wesley Paugh** Omg I'm dying!!!
> Like · Reply · 4 hrs

> **Nandagopala Moorali** I was going to do the same....he comment on my profile calling me fat ass.
> Like · Reply · 4 hrs

> View more replies

Write a reply...

**Ashley Lowe** Thanks I didnt watch it either! Lol
Like · Reply · 2 · 4 hrs

**Aaron Scarborough** Haha I love the racist comments. Always so quick to throw the race card. Hahaha
Like · Reply · 4 hrs

**Justin R Edsall** It made it to michigan
Like · Reply · 2 · 4 hrs

> **Wesley Paugh** I'm in Georgia
> Like · Reply · 4 hrs

Write a reply...

**Aaron Scarborough** Racist fucking piles of shit. Take some selfies



Like · Reply · 2 · 4 hrs

**Bella Gunz** ITS NOT ABOUT RACE. BUT ALL WE SEE ARE CAUCASIANS REPORTING IT AND BEING MAD AS HELL ...

Like · Reply · 4 hrs

**Aaron Scarborough** Fuck you racist bitch. Take another selfie. You're scum. #fuckyourblacklivesmatyerbullshitalllivesmatter. You racist cunt

Like · Reply · 4 hrs

**Aaron Scarborough**



Like · Reply · 4 hrs

View more replies

Write a reply...

**Jesse Queen** I DIDN'T save it to my computer, my tablet, my phone and my usb!......thanks tho lol

Like · Reply · 1 · 4 hrs

**Nandagopala Moorali** Didn't watched it all the way from Trinidad.....your viral

Like · Reply · 4 hrs · Edited

**Joshua Jones** Good looking bro

Like · Reply · 4 hrs

**Joshua Jones** Ohio sin city

Like · Reply · 1 · 4 hrs

**Aaron Scarborough** Racists

Like · Reply · 4 hrs

**Aaron Scarborough**



Like · Reply · 1 · 4 hrs

1 Reply

**Tha Raw**    100

Like · Reply · 1 · 4 hrs

**Brandon McDeed** I like the idea of what you did man, but seriously as a big hit as this movie is and the knowingly doing copyright infrigement it's just a matter of time. Best of luck bro

Like · Reply · 4 · 4 hrs

**Aaron Scarborough** "We may have all come on different ships, but we're in the same boat now." -Martin Luther King Jr.
Heed the words of the man himself you Fucking racist bitch

Like · Reply · 4 hrs · Edited

1 Reply

**Julian Mrmotionpikture Harvey** Smdh mad as hell lol



Like · Reply · 1 · 4 hrs

**Tre-Von M. King**
Like · Reply · 3 · 4 hrs

**Jimmario Macon** I just saved hella money          preciate that
Like · Reply · 2 · 4 hrs

**Kimmy Moore** Dyinggggg
Like · Reply · 2 · 4 hrs

**Tha Raw** They police ass lol
Like · Reply · 1 · 4 hrs

**Julian Mrmotionpikture Harvey** They are pissed
Like · Reply · 1 · 4 hrs

**Julian Mrmotionpikture Harvey** Like its they movie they already made a couple of billion already world wide lol
Like · Reply · 1 · 4 hrs

**Avinash Brian Dabideen** On behalf of Trinidad, thanks for #deadpool. Can we expect the same great service for #TMNT2 please?
Like · Reply · 2 · 4 hrs

> **Tre-Von M. King** Yesir will do
> Like · Reply · 1 · 4 hrs
>
> **Avinash Brian Dabideen** Awesome stuff! #rate
> Like · Reply · 1 · 4 hrs
>
> Write a reply...

**Nandagopala Moorali** Many of the people that report the video are the same who watched it since you posted it.
Like · Reply · 1 · 4 hrs

**Aaron Scarborough** Racists
Like · Reply · 4 hrs

**Aaron Scarborough** Good dog, racist blocked me
Like · Reply · 4 hrs

**Aaron Scarborough** Alllivesmatter
Like · Reply · 4 hrs

> **Parker Mosonyi** How you gonna bring an argument about racism to a plagiarized movie link on Facebook? Chill bruh
> Like · Reply · 1 · 4 hrs
>
> Write a reply...

**Julian Mrmotionpikture Harvey** They even tagging the FBI face book page hard as hell yeah take it down bro lbs



Like · Reply · 4 hrs



**Kori Lynn** Zachary omfg
Like · Reply · 3 hrs

 **Zachary Dykes** Well. I saw that coming. Hahah
Like · Reply ·    1 · 3 hrs

View more replies

 Write a reply...

 **Julian Mrmotionpikture Harvey** Black people all happy but Greg Zeller over there mad as fuck lol
Like · Reply ·    2 · 4 hrs

 **Nandagopala Moorali** For real haha I just can't stop laughing at this kid
Like · Reply ·    1 · 4 hrs

Write a reply...

**Parker Mosonyi** But yeah dude take it down you're fucked
Like · Reply ·    1 · 4 hrs

**Van Helsdingen Dylan** So you got a millon views , Tre-Von M. King?
Like · Reply ·    1 · 4 hrs

 **Tre-Von M. King** I guess so it's at 3 mill now
Like · Reply · 4 hrs

 **Van Helsdingen Dylan** Wtf,dont you get a payed or sum shit for that many views.
Like · Reply ·    1 · 4 hrs

View more replies

 Write a reply...

**Kimmy Moore** He ain't even pay for a ticket...his mama did Ctfu mad ass
Like · Reply · 4 hrs

**Tori Sarlo** Oh my god everyone shut the hell up about white people this black people this you all sounds like a bunch of children. Fact of the matter is this was a crime and to post this on FACEBOOK and expect to not get reported...that wasn't very smart but that was his choice doesn't affect me. But everyone pulling the race card when nothing even had to have been said about it is immature, ignorant, and MOSTLY annoying.
Like · Reply ·    4 · 4 hrs

**Aaron Scarborough** Racists
Like · Reply · 4 hrs

**Aaron Scarborough** We may have all come on different ships, but we're in the same boat now. Martin Luther King
Like · Reply · 4 hrs

 **Tre-Von M. King** If it's a crime, why shit ain't got reported??? That part, Just stfu already
Like · Reply ·    2 · 4 hrs

 **Aaron Scarborough** I don't even care. You're all fucking shit eating racists
Like · Reply · 4 hrs

 **Kaylyn Bregar**



Like · Reply ·    3 · 4 hrs

 **Nandagopala Moorali** Then Facebook needs to go to jail too...because they allowed it.
Like · Reply ·    1 · 4 hrs

 **Aaron Scarborough** Fuck your crap lil smartphone movie. Shit quality anyhow. But you're a racist. So Stfu bitch
Like · Reply · 4 hrs

TMPID00030

 **Terry Broussard Sr.** Good looking son but all bullshit aside this is piracy at its finest. I knew someone who did this when fast7 came out...he's in jail now. Best of lucc son

Like · Reply · 3 · 4 hrs

 **Wesley Paugh** Bro aaron, give it a rest man. You've called rasict like 10 times already. We get it.

Like · Reply · 1 · 4 hrs

 **Aaron Scarborough** Racist morons

Like · Reply · 4 hrs

 **Aaron Scarborough** Fuck you too. Fuck you all. Racists

Like · Reply · 4 hrs

 **Tori Sarlo** I mean it 100% is a crime and you probably know that and if not then you must not watch movies much when it says at the beginning about how filming a movie is illegal..which means it is a crime lol. I don't care what you do in your free time (apparently film movies with your phone). But you can't say that it isn't a crime but I don't care it's not me

Like · Reply · 4 hrs

 **Kimmy Moore** Aaron Scarborough get your crying bitchass out my inbox

Like · Reply · 3 · 4 hrs · Edited

 **Nandagopala Moorali** Report him haha

Like · Reply · 4 hrs

 **Kimmy Moore** Fuck his butt hurt crying ass

Like · Reply · 4 hrs

View more replies

 Write a reply...

 **Aaron Scarborough** Racist stupid assholes. #AllLivesMatter

Like · Reply · 4 hrs

 **Ricky Holland** Aaron calm down!!! Why are you so angry dude?

Like · Reply · 1 · 4 hrs

**Wesley Paugh** It's completely over the top

Like · Reply · 1 · 4 hrs

**Ricky Holland** Man he's bout to stroke out 😂😂😂😂 looking like Murphy



Like · Reply · 2 · 4 hrs

View more replies

 Write a reply...

 **Tori Sarlo** Best of luck

Like · Reply · 4 hrs

 **Kimmy Moore** You know a muthafucka mad when they inbox you lmmfao

Like · Reply · 4 · 4 hrs

 **Derek LaMonica** Daaaamn Daniel!

Like · Reply · 2 · 4 hrs

 **Julian Mrmotionpikture Harvey** Oh bro they reported it Tre-Von M. King they will be coming around that's why I want you to take it down they will let this build come get you a week later and put you on the news and these people will be happy they made a example of you in a minute on some real shit take it down we still need that superman vs batman in a couple of months

Like · Reply · 5 · 4 hrs

 **Ryan McCann** I like how this got pirated but not the latest Tyler Perry movie being white must be the new hip thing

Like · Reply · 1 · 4 hrs

TMPID00031

1 Reply

 **Julian Mrmotionpikture Harvey** Tre-Von M. King block Aaron Scarborough look he snitching hard as hell



Like · Reply · 2 · 4 hrs

 **Nandagopala Moorali** He shared Tim ash post. If you read Tim ash profile she watched the movie earlier on in the day. Not to long before the video was posted to Facebook. So that mean the person watch it on Facebook then decide to report an go mad hahaha

Like · Reply · 3 hrs

Write a reply...

 **Kimmy Moore** Lmaoooo HE MAAAADDDEERRRRR
Like · Reply · 1 · 4 hrs

 **Julian Mrmotionpikture Harvey** He got bro picture and everything lol he red as hell in the face
Like · Reply · 2 · 4 hrs

 **Kimmy Moore** Lmfaooooo he typed that shit hard as hell with 2 fingers

Like · Reply · 2 · 4 hrs

 **Julian Mrmotionpikture Harvey**

Like · Reply · 3 hrs

Write a reply...

 **Tre-Von M. King** He just making me more famous
Like · Reply · 7 · 4 hrs

 **Kimmy Moore**
Like · Reply · 1 · 4 hrs

 **Nandagopala Moorali** Yup....all u have to do is delete an come back later for another dose of fame haha
Like · Reply · 1 · 4 hrs

View more replies

Write a reply...

 **Van Helsdingen Dylan** Can I still download it? Lol
Like · Reply · 1 · 4 hrs

 **Tre-Von M. King** Better hurry
Like · Reply · 4 hrs

 **Inowolf Barker** how?
Like · Reply · 3 hrs

View more replies

Write a reply...

 **Julian Mrmotionpikture Harvey** Yeah bro don't let these people do it to you because they gone try I don't want to see you get lock up or cought up in some bullshit because these people are watching seriously like all jokes aside but you a grown man so if you gone own up to this shit when them white folks come knocking hey sky the limit
Like · Reply · 2 · 3 hrs



**Antonio Brown** U not profiting from it so u good.

Like · Reply · 3 · 3 hrs

> **Wesley Paugh** Good point
>
> Like · Reply · 1 · 3 hrs

> **Chris Shanks** Just because you aren't "profiting" does not mean you can't get into trouble because it is a federal crime to distribute copyrighted material. You can be be prosecuted via the criminal justice system. This is considered "piracy" and/or "theft". Lack of education in the area does not mean "U good cuz u not profiting". I'd hate to see a person locked up or get in trouble over some stupid movie.
>
> Like · Reply · 3 hrs

> View more replies

> Write a reply...

**EL Onehundred** I don't give a Mf what color you are if you mad BIG FUCK YOU HATING ASS MF. Tre-Von M. King keep doing you shit I hope you put more shit up

Like · Reply · 3 · 3 hrs

**Avinash Brian Dabideen** Tre-Von M. King Bro, is it just me or idk but doesn't Ryan Reynolds character in X-men Origins: Wolverine, seem a bit of Deadpool-ish also?

Like · Reply · 3 · 3 hrs

> **Tre-Von M. King** That is him
>
> Like · Reply · 3 hrs

> **Wesley Paugh** Ye ah. They just butchered the hell outta him in that one
>
> Like · Reply · 3 hrs

> View more replies

> Write a reply...

**Tre-Von M. King** Nothing but 2016 movies, I'm catching all of em

Like · Reply · 3 · 3 hrs

> **EL Onehundred** Shit tag me so I can get them
>
> Like · Reply · 2 · 3 hrs

> Write a reply...

**Will Laraby** From behind bars? I didn't know you got the new movies in jail?

Like · Reply · 2 · 3 hrs

> **Tre-Von M. King** *get
>
> Like · Reply · 1 · 3 hrs

> **Will Laraby** No, you're right. *get, but if we're correcting things... it should have been *you'd get
>
> Like · Reply · 3 hrs

> Write a reply...

**Van Helsdingen Dylan** Wtf

Like · Reply · 1 · 3 hrs

> **Tre-Von M. King** Niggas be hatin fam
>
> Like · Reply · 1 · 3 hrs

> **Van Helsdingen Dylan** Fareal.
>
> Like · Reply · 1 · 3 hrs

> Write a reply...

**Nandagopala Moorali** Bro you should record your push notification going mad af hahaha

Like · Reply · 1 · 3 hrs · Edited

**Oran Snelling** The reality of all of this is that we love drama in America be it a black, white, Asian or other, we love drama. Somewhere there's a lawyer drooling to have an opportunity to represent this man IF it came down to that. With the exposure that this has g... See More

Like · Reply · 7 · 3 hrs · Edited

**Michael Smith** if anything it's gonna be marvel coming after this, they will take 3 million views x movie prices and have enough for a pretty good copyright

lawsuit. Just download KODI, it's like a bootleg Netflix for every movie and you
don't have to download anything! Lol

Like · Reply · 3 · 3 hrs

Julian Mrmotionpikture Harvey Well do

Like · Reply · 3 hrs

Write a reply...

**Steve Usher** Keith Brigman Richard Brown this dude wild as fuck lol

Like · Reply · 2 · 3 hrs

**Michael Holder** Thanks homie..... You saved me ten bucks with the bootleg man
lol
Any walking dead????

Like · Reply · 1 · 3 hrs

Michael Holder Thanks fam.. Much appreciated..
Is that download only???
Where can I stream?? ... See More

Like · Reply · 2 hrs

Write a reply...

**Richard Brown** Steve Usher Keith Brigman this nigga don't give a fuck lol

Like · Reply · 2 · 3 hrs

**Chris Prouse** Thanks for movie hope fbi dont fuck you up

Like · Reply · 3 hrs

**Tre-Von M. King** Still waiting.....

Like · Reply · 3 hrs

**Oran Snelling** He's not received any compensation. Non profit organization?

If you've ever posted a scripture or photo from a website etc..it's the same
possibility

Like · Reply · 1 · 3 hrs

Allison Smith Distribution itself is a crime, regardless of intent to profit.
Current law sets infringement threshold at $1500. People dont get in
trouble for bible exerpts or web photos because it doesnt equal 1500 or
more. Feds will pursue cases involving infring... See More

Like · Reply · 2 · 2 hrs · Edited

Oran Snelling Allison Smith I'm afraid to look at your profile after reading
your reply..wouldn't want to mess up the notion that you sound hott. Ha.
No, for real though...I never knew what this movie was until late last
night..so to me, he's actually helped expose it. Now I'll go pay to see it.

Like · Reply · 1 · 2 hrs

View more replies

Write a reply...

**Oran Snelling** Number one search at the moment is this guy

Told you all WE love drama SMH

Like · Reply · 2 · 3 hrs

**Travan TrayBoogie Porchia** He ain't dumb he know if anything crazy happen
he just gone delete it lol duh...

Like · Reply · 1 · 3 hrs

Tre-Von M. King Ya feeel me, it's already viral

Like · Reply · 3 hrs

Write a reply...

**Chris Shanks** oh man..the ignorance of people. "You aren't profiting" so it's ok to
show pirated movies. Man, people like you make it easy for Feds or Police to
find you. That's like robbing a bank and then posting it online. lol smh. You know
why it's hard to shutd... See More

Like · Reply · 11 · 3 hrs

**Tre-Von M. King** Fuck off

Like · Reply · 3 · 3 hrs

**Lucas Heath Jones** Good lookin watchn now lol

Like · Reply · 3 hrs

**Icyclenyc Raul** bro you good lmao aint bo feds give a damn about the movie
being posted on facebook unless you make copies and sell them

Like · Reply · 2 · 3 hrs

 **Oran Snelling** Set up a go fund me account lol.

Like · Reply · 2 · 3 hrs

 **Icyclenyc Raul** BROOO FUCK THESE PEOPLE LMAO YOU THE MAN THEY MAD BECAUSE YOU SPOILED IT LMAO HERB ASS SNITCHES TO THE FBI LMAO

Like · Reply · 2 · 3 hrs

 **Tre-Von M. King** That's why I'm just sitting back smoking out my bong laughing at these mfs who think they know what they talking I haven't sold shit to anyone, or made copies. I haven't done anything illegal 💯💯

Like · Reply · 5 · 3 hrs

 **Alex Grier** You gonna take movie requests? Make a private Facebook page group and just put movies in it lmao. I want that batman vs superman bruh

Like · Reply · 7 · 3 hrs

 **Tre-Von M. King** That's a smart idea, I'll have to see what's up with that bro

Like · Reply · 1 · 3 hrs

 **Anthony Ransaw** Lol

Like · Reply · 1 · 2 hrs

 Write a reply...

 **Cory Troupe** Also it doesn't matter if you delete the movie now. Fb has a cache on their end. They got all of this saved.

Like · Reply · 6 · 2 hrs

 **Julian Mrmotionpikture Harvey** Sharing it is crime to that's why you can go to jail for illegal music he can get in trouble for this shit

Like · Reply · 2 hrs

 **Buc Brown** This isn't the same as hosting music files that are shared via p2p networks. This dude will be fine. FB will remove it before the Feds are at his door

Like · Reply · 2 hrs

 Write a reply...

 **Dom Yonta** Along with the 3 million viewers huh?

Like · Reply · 2 hrs

 **Garrett Robb** Ignorance is bliss

Like · Reply · 2 hrs

 **Josh Pope** Tre, you did actually admit on here that YOU recorded this movie on your HTC phone... That in it's self, is a federal offense.

Like · Reply · 11 · 2 hrs

 **Em Vez** Who cares bro , tell me you didn't watch it? & even so thats his worries .

Like · Reply · 24 mins

 Write a reply...

 **Freddie Rodriguez** I bet those complaining are watching it tho... lol... for real tho I hope they don't come after you.

Like · Reply · 4 · 2 hrs

 **Tre-Von M. King** Fuck 12, I got the ultimate way out of this, yall might be surprised on how I won't go to jail but just become more famous

Like · Reply · 2 · 2 hrs

 **Dylan Barker** Wait you really think your famous?

Like · Reply · 2 hrs

 **Tre-Von M. King** No wtf I can careless

Like · Reply · 2 hrs

View more replies

 Write a reply...

 **Adam Dennis** Deadpool would totally approve! Thanks

Like · Reply · 2 hrs

 **Steven Burrell** I dig your style. I know you're not profiting, but Damn you got balls bro lol.

Like · Reply · 5 · 2 hrs



**Freddie Rodriguez** He's profiting off of gaining fans... lol
Like · Reply · 1 · 2 hrs

**Tre-Von M. King** 💯
Like · Reply · 1 · 2 hrs

View more replies

Write a reply...

**Juan M Aranda**

Like · Reply · 2 hrs

**Jimmy Mulay** Deadpool is whatever. You the real hero.
Like · Reply · 2 · 2 hrs

**Tre-Von M. King** Thank you, that's all I'm trynna say^
Like · Reply · 2 · 2 hrs

**Chelsey Skinner** No problem people are just fuckin stupid they always wanna bring people down fuck em
Like · Reply · 3 · 2 hrs

**Jimmy Mulay** You're a hero. Just like the heroes during prohibition. Media should be free. People and the government need to get priorities straight and the $500 million they already earned off this movie should be put to fixing the infrastructure of America. Cigar... See More
Like · Reply · 1 · 2 hrs

Write a reply...

**Tre-Von M. King** Got 4 million views, I don't think it's gonna stop going up
Like · Reply · 3 · 2 hrs · Edited

**Chelsey Skinner** Hell yeah that's awesome fuck the haters
Like · Reply · 2 · 2 hrs

**Heather Soliz** THANK YOU!
Like · Reply · 1 · 2 hrs

Write a reply...

**Buc Brown** He's not hosting, its not p2p, he's not selling, or even charging admission to view. He's fine.
Like · Reply · 2 hrs

**Hayley Seibel** Doesn't matter. It's illegal.
Like · Reply · 2 hrs

**Buc Brown** So you think...
Like · Reply · 1 hr

View more replies

Write a reply...

**Hayley Seibel** FBI – Federal Bureau of Investigation
Like · Reply · 13 · 2 hrs

**George Casey Langdon** Lol you win the internet troll award
Like · Reply · 1 · 2 hrs

Write a reply...

**Beto Urias** 20th Century Fox
Like · Reply · 6 · 2 hrs

**Blake Winters** Ouch
Like · Reply · 30 mins

Write a reply...

**Kevin Greer** This guy is braindead
Like · Reply · 3 · 1 hr

**Dale Morris** Toronto ..Canada. Here ...Cheers ...

TMPID00036

Like · Reply · 1 hr

 **Chase Alexander Jones** lol, good luck man. You should just post up on putlocker

Like · Reply · 1 hr

 **Ruben De La Torre**



Like · Reply · 6 · 1 hr

 **Tre-Von M. King** Ayeeee

Like · Reply · 1 · 1 hr

 Write a reply...

 **Phailin Mong** You all need something better to do with your life than to be worrying about him and what he's doing. Oh well, it's his choices. Good day!
Who the hell cares. But obviously you do. So ha, good luck with saying things to him. He's not offended. You are.

Like · Reply · 3 · 1 hr

 **Tre-Von M. King** Thanks sis Phailin Mong💯

Like · Reply · 1 · 1 hr

 **Ismael Martinez** Bro no lie start a new facebook fake name an everything an start recording all this new movies lmao you will be the bext big thing !

Like · Reply · 1 · 1 hr

 **Tre-Von M. King** I feel you, no fake name tho.

Like · Reply · 1 · 59 mins

View more replies

 Write a reply...

 **Juan M Aranda** Keep us updated if you go to jail or not!! But i hope you dont good luck!

Like · Reply · 1 · 59 mins · Edited

 **Adam Marshall** Holy crap dude, thank you. You just saved me 50 bucks

Like · Reply · 1 · 43 mins

 **Cody Thomas** Why's everyone mad you did this? I think it's awesome you posted this. Fuck paying them money . Thanks for the vid man!

Like · Reply · 1 · 41 mins

 **Tre-Von M. King** Idk but it's getting annoying smh

Like · Reply · 1 · 35 mins

 Matthew Silva replied · 2 Replies · 2 mins

 **Blake Winters** Screw it reason I do firesticks .... but I laughed when I saw it lol I been busted 5x for uploading by fbi and there letters I get 1 more strike they ban me for life from Internet #screwem

Like · Reply · 31 mins

 **Blake Winters** 4 million views maybe 2 million of em watched... average price of ticket 10 bucks 2 people average going to go watch so 2x10x2,000,000..... 40 million bucks they lost

Like · Reply · 28 mins

 Em Vez replied · 1 Reply

 **Chris Parker** Brandon Mullens Johnny White

Like · Reply · Just now

 Write a comment...

 **Suwop Mollyboy HalloweenGang** **Tre-Von M. King**
11 hrs ·

TMPID00037

A bro ur a fucking legend for puttin that movie on here man straight up bro
#creaturefeature #sxateordie

2 people like this.



**Tre-Von M. King** 💯
1 · 11 hrs

---

**Tre-Von M. King**
14 hrs ·

FUCK THE SYSTEM💯

| Like | Comment | Share |

127 people like this.

1 share

View 33 more comments

Angela Felisa Angulo Don't take the vid down yet. I still gotta watch it. Lmfao.
Like · Reply · 4 · 4 hrs

Joe Hunter Much appreciated for postin that. If you get locked up I got 50$ on your books.
Like · Reply · 3 hrs

Touba Ad Sow Yo bro stay safe bro just unplug of social media turn of your phone or sell it sell your pic if you have to and do all that to stay safe these fuckers will wanna catch you and put you on the news! Be safe bro
Like · Reply · 3 hrs

Write a comment...

---

**Tre-Von M. King**
16 hrs ·

My girl's the best for recording me this day💯



-0:33

19,738 Views

**Tre-Von M. King**                                    Follow
February 13 at 4:45pm ·

#TodayWasAGoodDay #SkateSavage #ThanksBabe #ForCamcording #Yee

| Like | Comment | Share |

36 people like this.

Dylan Dunston You the real MVP
Like · Reply · 1 · 15 hrs

Tanner Shelby Dope ass tricks
Like · Reply · 1 · 10 hrs

Tre-Von M. King replied · 1 Reply



**Van Helsdingen Dylan** Dame 15 thousand views farealz

Like · Reply · 1 · 3 hrs

**Tre-Von M. King** Thats what I'm saying, put busland on the map

Like · Reply · 1 hr

Write a comment...

---



**Marvin Ford    Tre-Von M. King**

18 hrs ·

Bro really uploaded. Whole movie joint on here lol

Tre-Von M. King likes this.

---



**Tre-Von M. King**
February 20 at 8:20pm ·

TO ALL MY FACEBOOK FRIENDS, I HOPE YOU ENJOY DEADPOOL THE FULL MOVIE, WHICH IS POSTED ON MY WALL. I GOT YALL FOR THE JUGG💯 👽

Like    Comment    Share

351 people like this.

3 shares

**Nicholas Mendia** You the real MVP 💯
Like · Reply · 8 · February 20 at 10:07pm

**Brittney Vanilla'Dutchez Barcroft** Thank you
Like · Reply · 1 · 18 hrs

**MackMain Jones** Nigga I'm not even friends with you and I thank ya.i was two mins from walking into the theater 🏃🏃🏃#ranoffthepluggtwice
Like · Reply · 26 · 17 hrs

    **Brian Alderson** O wow lol
    Like · Reply · 16 hrs

    Write a reply...

**Tre-Von M. King** Welcome my dude
Like · Reply · 1 · 17 hrs

**Nicole Nikki Lampkin** Good looking hopefully people mind there business and don't report you
Like · Reply · 6 · 17 hrs

**Tre-Von M. King** That part💯
Like · Reply · 2 · 17 hrs

**Jay Walla** You the man fuck Netflix and chill I had bootleg and shit gets real
Like · Reply · 3 · 17 hrs

    **Quadasia Gillam**        facts tho
    Like · Reply · 1 · 16 hrs

    **Jay Walla** 💯💯💯
    Like · Reply · 16 hrs

    Write a reply...

**D'Aaron Holt** Yo dog i don't know u in the least bit but my nigga good looks tho 😊
Like · Reply · 4 · 17 hrs

    **Tre-Von M. King** No problem
    Like · Reply · 17 hrs

    Write a reply...

**Muz Aleme** Kills bro
Like · Reply · 1 · 17 hrs

TMPID00039



**Dennis Williams** Appreciate that Homie !

Like · Reply · 1 · 17 hrs

**Ryann Mothersell** But I respect it you got heart

Like · Reply · 1 · 17 hrs

**Emilio Valentin** Who da man? You da Man good looks!

Like · Reply · 1 · 16 hrs

**Capeles Alexander**

Like · Reply · 16 hrs

**Robert E Krook** You the real mvp

Like · Reply · 5 · 16 hrs

**Dwayne Smith** No lie I posted the same thing at the same exact lmao

Like · Reply · 2 · 16 hrs

Write a reply...

**Dwayne Smith** You the real MVP

Like · Reply · 4 · 16 hrs

**John Robinson** Just saying a major copy right it coming your way be prepared to fight that .

Like · Reply · 23 · 16 hrs

**Ryan Jackson** I say we start a go fund me a count for the man and all pay a dollar for our viewing of the movie and he can pay his lawyer fees that way

Like · Reply · 12 · 16 hrs

**Tina Caputo** Yeah this was not too smart as much as this has been shared. I feel like its just a matter of time. Up to 10 years in prison for this. Hope it was worth it.

Like · Reply · 18 · 16 hrs

View more replies

Write a reply...

**Ryan Jackson** Big ups mah dude you the illest

Like · Reply · 6 · 16 hrs

**Andrew Sullivan** Damn ya boii straight plugged fb with the whole fucking movie.. lhh

Like · Reply · 4 · 16 hrs

**Tre-Von M. King** 💯

Like · Reply · 1 · 16 hrs

Write a reply...

**Andrew Sullivan** Savage

Like · Reply · 3 · 16 hrs

**Michael Rodriguez** Lmao my dude

Like · Reply · 1 · 16 hrs

**Nicholas Mack** S|O 2 ya 💯

Like · Reply · 1 · 16 hrs

TMPID00040



**Chris Thomas** If don't nobody else say it just know you the mf coldest
Like · Reply · 3 · 16 hrs

**Simon Arroyo** Na too bootleg
Like · Reply · 16 hrs

**Alex Wimberger** My nigga my nigga I broke my leg and I'm recovering from surgeries so I couldn't watch it at the theaters thanks so much
Like · Reply · 7 · 16 hrs

> **Tre-Von M. King** Welcome bro and sorry to hear that take care and enjoy deadpool, it's on me
> Like · Reply · 15 hrs

> **Alex Wimberger** Haha I just finished it thanks a lot and fuck all the haters they just made nobody is sharing they shit
> Like · Reply · 1 · 15 hrs

> Write a reply...

**Robert Alonzo Richardson** Thanks
Like · Reply · 15 hrs

**Tina Fine** You Rock!
Like · Reply · 1 · 15 hrs

**Bazz DidThat**
Like · Reply · 15 hrs

**Sarah Tattoolife Gary** Who said he recorded it?
Like · Reply · 3 · 15 hrs

> **Brandon Murphy** Redistributing a pirated movie is still a federal offense.
> Like · Reply · 7 · 13 hrs

> **Sandy Schmahl** He did!
>
> Like · Reply · 3 · 13 hrs
> View more replies

> Write a reply...

**Esther Mason** Thank you for sharing
Like · Reply · 15 hrs

**Shaheed El-Shabazz** Finessin da plug... Fuck 20th century
Like · Reply · 4 · 15 hrs

**Petey Guapalotiget** what movie next lol I'm bout to tune in
Like · Reply · 7 · 14 hrs

**Nathanael Tillow** Fuckin savage!
Like · Reply · 4 · 14 hrs

**Keith Schaub** How can i save this and watch it later
Like · Reply · 1 · 14 hrs

> **Tre-Von M. King** Their is an app you can save fb links.
> Like · Reply · 14 hrs

> **Keith Schaub** Whats it called
> Like · Reply · 14 hrs
> View more replies

> Write a reply...



**Tristan Meade** Nigga you a real one for this right here
Like · Reply · 3 · 14 hrs

**Colton Tustin** Appreciate it bro
Like · Reply · 1 · 14 hrs

**Stephen Alexander Miller** he's going dowwwwwwwnnnn boy
Like · Reply · 9 · 14 hrs

**Anthony Green** Jugg then my nigga haha!!!
Like · Reply · 1 · 14 hrs

**Shawn Tracy** You the real mvp
Like · Reply · 2 · 14 hrs

**Dae Babyblue Neely** . can you record a movie for me ? 💯
Like · Reply · 14 hrs

**Nathanael Tillow** OK I'm done

Achievement unlocked
Fucking Savage

Like · Reply · 9 · 14 hrs · Edited

**Daniel Edison** Thank you!
Like · Reply · 1 · 13 hrs

**Nathan Alan Umphreys** Thanks!
Like · Reply · 1 · 13 hrs

**Khardai Sniper Rogers** My peace and blessings be upon you
☐  ☐   #ienjoyedit
Like · Reply · 2 · 13 hrs

**Shaheed El-Shabazz** Fuck Marvel. They donated $1 million to Trump racist ass
Like · Reply · 4 · 13 hrs

> **Shaheed El-Shabazz** The bul screenshot your convo.
> Like · Reply · 13 hrs

> **Claire Allison Cooke** Marvel didn't, a dude who works at Marvel did.
> Like · Reply · 11 hrs

> View more replies

> Write a reply...

**Juan Renteria Robles** Savage     you the real MVP bro bro, jus watched that shit. My mans funny asf     good looks!
Like · Reply · 1 · 13 hrs

**Trace Gagnon** Lol this made my day
Like · Reply · 1 · 13 hrs

**Tre-Von M. King** Thank everyone that didn't comment anything negative Fuck those who did or still is 💯
Like · Reply · 16 · 13 hrs

> **Khardai Sniper Rogers** Lol keep em coming
> Like · Reply · 1 · 13 hrs

> Write a reply...

**Kandy K Blanco** technology is so great!!!!
Like · Reply · 1 · 13 hrs

**Marc Lincoln** Dude ur awsome
Like · Reply · 1 · 13 hrs

**Leo Tasker** Dude thank u so fucking much     this made my night
Like · Reply · 2 · 12 hrs

TMPID00042


**Frankie Asiamah** Yo, you made my day bro. Keep it up when the new Superman movie come out.
Like · Reply · 4 · 12 hrs


**Tre-Von M. King** Sumtime around the summer I think, but I got yall
Like · Reply · 6 · 12 hrs


**Corey Thomas** Savage!!! Good looking out
Like · Reply · 12 hrs

**James Jaromira Currell** ..props brotha ,,tune in lol like Petey Guapalotiget said



Like · Reply · 7 · 12 hrs


**Devon Fernandez** Thnx for posting it I thought I was never gonna see it c:
Like · Reply · 1 · 12 hrs


**Tre-Von M. King** Welcome
Like · Reply · 1 · 12 hrs

 Write a reply...


**Luther Yang** Real mvp
Like · Reply · 1 · 12 hrs

**Penelope J Lloyd** You got guts dude. That all i gotta say. Lmao
Like · Reply · 4 · 12 hrs


**Anthony Ransaw** Good movie, but dude you have balls. This will be on the news tomorrow.
Like · Reply · 3 · 11 hrs


**Todd Oneal** not bad but blurry thy
Like · Reply · 11 hrs


**Jasmine Marie** Find the boy or Krampus that would be awesome
Like · Reply · 2 · 11 hrs


**Shawn Miller** Thanks bro it was awesome
Like · Reply · 11 hrs


**Jennifer Jones** Lol someone better get the GoFundMe started.
Like · Reply · 20 · 11 hrs


**Kaycee Cotten** Lmao!
Like · Reply · 1 · 5 hrs

 Write a reply...


**Douglas Hall** MVP!! 100100100
Like · Reply · 1 · 11 hrs


**Mike Malone** Shit I dont even care about the movie, I just wanna see what's gonna happen to this guy and if he gets away with it he's FB legend ..
Like · Reply · 31 · 10 hrs


**John Corral** He is not a legend... Its basically like he killed someone and is walking around covered in blood bragging about it expecting not to be caught.. He is going to be prosecuted and go to jail. That is not legend. That is dumbass
Like · Reply · 1 · 2 hrs

 Write a reply...


**Kim Lois Puerto-Bollozos** Shizzzz....Now I seen the movie w/my bf but thanks Tre-von...hope u have to go Hide Now....
Like · Reply · 1 · 9 hrs

TMPID00043



**Erica Botley Lancour** Legend!

Like · Reply · 1 · 9 hrs



**Carolus Magnus** This same copy been on the internet already. The quality a lil grainy too. Nobody trippin on this guy. Marvel made plenty off this. Imma see Stan Lee on the 28th I'll put in a good word haha.

Like · Reply · 1 · 8 hrs



**David Kurowski** Thanks man!

Like · Reply · 1 · 8 hrs



**Ayden Johnson** How can I download it quickly from here?

Like · Reply · 8 hrs



**Kristina Norfleet** Well how about everybody who watched it is fucked how about that. Na everybody always got something to say about everything shut the fuck up and worry about your life.

Like · Reply · 3 · 7 hrs



**John Corral** And you are posting this comment because you are worrying about your own life ?

Like · Reply · 2 hrs



**Kristina Norfleet**

---

Tre-Von M. King

  Vivian    Home 20+



**Tre-Von M. King**    Timeline    Recent

Lives in Fresno, California

In a relationship with Essence Tucker

### Photos











### Friends · 3,018


Yanci Scott    Marty Jo    Nicholas Mendia




Angeline Guidry    Real Jaszmaurey Bone Thug    Jeremy Buddaman Griffin

 Write a reply...



**Lorin Gamble** U real AF bro

Like · Reply · 6 hrs

**Mark A. Lieberg**



Trying to understand the behavior of some people is like trying to smell the color 9.

Like · Reply · 4 · 6 hrs



**Lorin Gamble** Most y'all hattin talking bout enjoy jail stfu and enjoy the movie he cool AF for doing this

Like · Reply · 4 · 6 hrs



**Bobby Joe Fawkes** He's screwing the people who made the bootleg and the ones that use those channels. THATS NOT COOL AF...that's fucking RETARDED and Ignorant Thirsty ass MF'S

Like · Reply · 3 · 6 hrs



**Dylan Paddison** He's going to prison. He may be "cool" but let's see how many people think that once he's gone

Like · Reply · 5 hrs

View more replies

 Write a reply...



**Meechie GoGetta** You are the real MVP of 2016

Like · Reply · 1 · 6 hrs



**Benjamin Brooks** Thanks for the movie big dog

Like · Reply · 1 · 5 hrs



**Tre-Von M. King** Welcome

Like · Reply · 5 hrs

 Write a reply...

### Sponsored

**M.Gemi Is Reinventing**
www.bloomberg.com
It's time for something new in the world of luxury shoes

**Shop Coach 1941**
coach.com
The Tea Rose Applique Bag is blooming with charm. #Coach1941 is the ultimate expre...



Dat Boy Stevo　Semaj Edwards　Richard John-Christopher Mendia

English (US) · Privacy · Terms · Cookies · Advertising ·
Ad Choices　· More
Facebook © 2016

**Julian Mrmotionpikture Harvey** Folly crazy lol
Like · Reply · 1 · 4 hrs

**Benjamin Cotter** This is going to take away money for the sequel..
Like · Reply · 6 · 4 hrs

Jerrot Robinson replied · 1 Reply

**Shawn Mayhew** Risking a 250k dollar fine from Fox, you're brave
Like · Reply · 1 · 3 hrs

**Nelson De La Fe** Reported.
Like · Reply · 1 hr

Nelson De La Fe replied · 4 Replies · 21 mins

Write a comment...

 **Tre-Von M. King**
February 20 at 8:08pm ·

DEADPOOL (2016) FULL MOVIE WITH GOOD AUDIO #LIKE #SHARE #COMMENT

Chat (Off)



Like　Comment　Share

52,210 people like this.

31,196 shares

View previous comments　654 of 61,691

 **Kyra Taylor** Kyra Taylor
Like · Reply · 9 mins

 **Kierre Garrett** George Bockleslaugh Jon Duffy
Like · Reply · 9 mins

 **Miguel Berroteran** lmao srsly mate
Like · Reply · 9 mins

 **Ashlynn Adame** Stephen Merrell
Like · Reply · 9 mins

 **Jorge Diaz** Kalin Newkirk Jordan Dees
Like · Reply · 1 · 9 mins

 **Pablo Adan Jimenez** Carlos Zubia
Like · Reply · 9 mins

 **Daniel Cuevas** Already watched it.. the wknd it came out
Like · Reply · 9 mins

 **Jake Walker** Damyien Cassanova
Like · Reply · 9 mins

 **Lawens B. Joanis** Wilder Cossier
Like · Reply · 9 mins

 **Sophia Smith** Ralph Schueler
Like · Reply · 9 mins

https://www.facebook.com/trevon.franklin.33?fref=photo

**TMPID00045**

35/64



**Tyra Bhaggan** Alex Sahota
Like · Reply · 9 mins

**Jorge Diaz** Jorge Diaz
Like · Reply · 9 mins

**Derrow Montana** I just watched this whole movie
Like · Reply · 9 mins

**Josh Pettibone** lol reported
Like · Reply · 9 mins

**Brandon Blackwell** You little bitch
Like · Reply · 8 mins

**Brandon Blackwell** Just enjoy the fuckin thing cunt
Like · Reply · 8 mins

View more replies

Write a reply...

**Jakeem Jackson** Tushar Malhotra since u haven't seen it, here you go
Like · Reply · 9 mins

**Carleton Murphy III** Jeff French
Like · Reply · 9 mins

**StemListic Fame** Love!
Like · Reply · 9 mins

**Michael Guaderrama** Anthony Guaderrama Mario C Guaderrama Jr.
Like · Reply · 9 mins

**Anthony S. Viace** Damir Hasty
Like · Reply · 8 mins

Write a reply...

**Howard Jablomi** Ds Nutz
Like · Reply · 9 mins

**Michael Rashard Andrews** Roe Robertson Const
Like · Reply · 9 mins

**Jessica Taylor** Bryan D'Sylva
Like · Reply · 9 mins

**Jake Walker** Jasmine Walker
Like · Reply · 9 mins

**Trustin Lewis** KyLen Phillips
Like · Reply · 9 mins

**Alexander Velasquez** Johncarlos Velasquez
Like · Reply · 9 mins

**Jeremy Shacklock** Justin DeFreese
Like · Reply · 9 mins

**Chelsea Chuck Carpenter** Brittany Checkoutmycoolnewname Osborn
Like · Reply · 9 mins

**Jordan Croft** Ryan Croft Aaron Croft its also on rainierland.com

Rainierland | Collection of my favorite TV
series | video streaming collection

RAINIERLAND.COM

Like · Reply · 9 mins

**Mike Van Brum** Daniel Provenzano
Like · Reply · 9 mins

**Shahzaib Ali** Moosa Siddique Billu Smalls Humzah Asad
Like · Reply · 9 mins

**Victoria Nicole Williams** If you want to watch it again Kyle Miller
Like · Reply · 9 mins

**Keanu Rangel** Julian Argumedo Austin Doyle
Like · Reply · 9 mins

TMPID00046



**Valerie Ioane** Suai Mose
Like · Reply · 9 mins

**Amy Clark** Alex Laubach no need to make that cinema trip now. Night is sorted
Like · Reply · 9 mins

**George Puente** Pancho Castillo
Like · Reply · 9 mins

**Cam Green** Darwell
Like · Reply · 9 mins

**Jake Inskeep** Logan Inskeep
Like · Reply · 9 mins

**Jay Scott** Cory Wilson Cory Wilson
Like · Reply · 8 mins

**Luwanis Velez Valentin** Misakiee Ortiz
Like · Reply · 8 mins

**Austin Middleton** Rebecca Middleton
Like · Reply · 8 mins

**Melissa Gallegos** Giselle Ventura
Like · Reply · 8 mins

**Alan Lopez** Sergio Fitz Mike Pita
Like · Reply · 8 mins

**Steven Joel Marmolejo** Paul Rodriguez
Like · Reply · 8 mins

**Blake Archer** Liam Bolton
Like · Reply · 8 mins

**Duke Mrduked Robinson** Shantarra Dixon Robinson
Like · Reply · 8 mins

**Dante Scott** Roland Walker Tim English
Like · Reply · 8 mins

**Sabrina Dauer** Gregg Dauer this is very illegal.
Like · Reply · 1 · 8 mins

**Michael Guaderrama** Schon James Smith
Like · Reply · 1 · 8 mins

**George Puente** Jamie Puente
Like · Reply · 8 mins

**Rj Haig** Arlene Tuari
Like · Reply · 8 mins

**Lewis Slater** Bradley Slater
Like · Reply · 8 mins

**Savion Brown** Von Brown Jr.
Like · Reply · 8 mins

**Keegan Peacock** Eleasha VanBommel
Like · Reply · 8 mins

**Tayler Burns** Josh
Like · Reply · 1 · 8 mins

**Rachel Ann Crismon** Aro Vaas De-Gothia
Like · Reply · 1 · 8 mins

     **Aro Vaas De-Gothia** ty!
     See Translation
     Like · Reply · 6 mins

     Write a reply...

**Tyler Meza** Anthony Lerma
Like · Reply · 8 mins

**Vince Valdez** Clint Crane
Like · Reply · 8 mins

**Chris Ruffino** Heather Marie !
Like · Reply · 8 mins

TMPID00047



**Zeke Torres** Sarah Torres they really have the whole movie on here
Like · Reply · 8 mins

**Michael Guaderrama** Andrew Robert Tollison
Like · Reply · 8 mins

**Jackie Tranter-Skiles** Ryan Reynolds
Like · Reply · 8 mins

**Jack Rogers** Char Smith Jodie May Ollie Pennells this is how I watched deadpool
Like · Reply · 8 mins

**Nathan Foster** David Jeffrey Daniel
Like · Reply · 8 mins

**Miriam Cirne** Brianda Garcia since you wanted to see it lol
Like · Reply · 8 mins

**Oliver Rojas** Holy crap, watch it before it gets removed...
Like · Reply ·    3 · 8 mins

**Gabriellah DeWitt** Shaheed Mahar
Like · Reply · 8 mins

**Stephen Hamilton** Daryl Pryor Ashanti Robinson Roman S. Pyasik Toya Graham-jones Stuart Todd Gennetha Williams Tahsha Mitchell Moe D Davis Darky Dark Rissa Favored Hazelwood Monique Collins Cai W Stuart Mrz Sierra Nicole Kerrin BassChristopher Lytello Chrissy Parham Frank Muhammad
Like · Reply · 8 mins

**Nauticaa Beasley** Kacie Fulton A Movie To Watch
Like · Reply · 8 mins

**Chris Ruffino** Rob White
Like · Reply ·    1 · 8 mins

**Michael Bennett** Benny lol
Like · Reply · 8 mins

**Kylie McConville** I
Like · Reply · 8 mins

**Kenneth Donovan** Brian Davis
Like · Reply ·    1 · 8 mins

> **Brian Davis** Might have to wait for imax bud haha
> Like · Reply · 7 mins

> Write a reply...

**Raymon Montez** Wtf?'? Kristin Nikkole Ana Marie this will be taken down for sure!
Like · Reply · 8 mins

**Hunter Phillips** Brandon Holland
Like · Reply · 8 mins

**Christian Lira** Ashley
Like · Reply ·    1 · 8 mins

**Nathan Foster** Wayne Elton
Like · Reply · 8 mins

**Jake Finnon** Ryan Hill Oliver Deschamps
Like · Reply · 8 mins

> **Ryan Hill** How is this allowed on FB
> Like · Reply · 7 mins

> **Jake Finnon** Hahah don't know
> Like · Reply · 5 mins

> Write a reply...

**Bryan Isabal** Grant Race
Like · Reply · 8 mins

**Hector Montes** Jorge Martinez
Like · Reply · 8 mins

**Jason Oakley** Holly Pertuit
Like · Reply · 8 mins

TMPID00048



**Tripp Tompson** Katie Stone
Like · Reply · 8 mins

**Stephen Hamilton** Darren Artis Hamilton
Like · Reply · 8 mins

**Kamal Gully-Side Abdi** Abdigani Abdulle där kolla på den
See Translation
Like · Reply · 8 mins

**Jake Walker** Osamah Orlebar
For the overnight at work  🙂 😊
Like · Reply · 8 mins

**Michael Kimbrew**
http://www.amazon.com/.../B01.../ref=s9_simh_gw_g318_i1_r...

Watch Tons Of Love () online - Amazon Video

AMAZON.COM

Like · Reply · 8 mins

**Tushig Zolboo** С. Энхсувагра
Like · Reply · 8 mins

**Jillian Tentindo** D.J. Hamilton
Like · Reply · 8 mins

**Toly Melnik** He's just trying to become famous
Like · Reply · 8 mins

**Latoiya Jones** Mario Johnson
Like · Reply · 8 mins

**Jeramie Borges** Ian Rourke Brandon Doucet Flavio Pereira
Like · Reply · 8 mins

**Kia Martina** Lol we coulda watched it here Chase Lee Nelson
Like · Reply · 7 mins · Edited

**Adam Sutti** Jeremiah Airehart
Like · Reply · 8 mins

**Josh Smith** Jack Base
Like · Reply · 8 mins

**Ryan Rausch** Trystan Leigh Hughes we could always watch it now...
Like · Reply · 8 mins

**Rudy Steven Quevedo** Ryan Daniel Bautista peep it
Like · Reply · 8 mins

**Cody Collins** Austin Launer
Like · Reply · 8 mins

**Remy Colin** Jon Geiger
Like · Reply · 6 mins · Edited

**Josh Herrington** Naomi Smith Ieuan Riggs
Like · Reply · 8 mins

**Holly Wykert** 20th Century Fox Marvel Stan Lee
Like · Reply · 1 · 8 mins

> **Jujitsu Carlo** Lmao snitch
> Like · Reply · 6 mins
>
> Write a reply...

**Gary Gonçalves** Navin
Like · Reply · 8 mins

**Brian Velazquez** Jorge Gutierrez
Like · Reply · 1 · 8 mins

> **Jorge Gutierrez** Wonder how long it will last lol
> Like · Reply · 5 mins
>
> Write a reply...

TMPID00049



**Emily Bernhardt** Jackson Golby
Like · Reply · 8 mins

**Leslie Yanez** Bryan Contreras
Like · Reply · 1 · 8 mins

> **Bryan Contreras** I saw this yesterday
> Like · Reply · 1 · 7 mins
>
> Write a reply...

**Charlton Mungin** this is fucked up... One movie worth paying for and this happens
Like · Reply · 3 · 8 mins

**Arron Watson** Time to spoil the movie 😊
****SPOILER ALERT*******... See More
Like · Reply · 8 mins

**Dary Galeano** Katherine Milena show pachu
See Translation
Like · Reply · 8 mins

**Sydnee Williams** Mike Nemo West since you wont take me..........:....
Like · Reply · 8 mins

**Sistine Mack** Jorge Reyes
Like · Reply · 7 mins

**Callan Cummins** Mark Verhey O'Shea niceone
Like · Reply · 7 mins

**Jessica L VanCuylenburg** Jordan Samuel Allen
Like · Reply · 7 mins · Edited

**Henry S Dulay** Tony Austin someone put the whole movie on here lmaoooo
Like · Reply · 1 · 7 mins

**Cory Jay Hilton** Kaycee Grace Burke
Like · Reply · 7 mins

**Ian Pearson** Jacob Robertson
Like · Reply · 7 mins

**Cindy Ono** Joel Sandoval lol
Like · Reply · 2 · 7 mins

**Jose El Chivo Quintero** Bryan Hernandez
Like · Reply · 7 mins

**Alex Tapuai** Nico Dometakis lol
Like · Reply · 7 mins

**Tisha Benard** Kagami Taiga
Like · Reply · 7 mins

**Randal Haggard** Yes, that audio was great, I can hear everybody in the theater
Like · Reply · 3 · 7 mins

> **David Marquis** Lmao
> Like · Reply · 1 · 7 mins
>
> Write a reply...

**Chris Weiss** Chris Johnston looky hooky...
Like · Reply · 7 mins

**Brian Baires** Taylor Kincaid
Like · Reply · 7 mins

**Euan Bar Brady** Jack Hunter
Like · Reply · 1 · 7 mins

**Robert Mullins** Ronald Reed
Like · Reply · 7 mins

**Amanda Robinson** Matthew
Like · Reply · 7 mins

**Sam Clark** Estefanny Lasso
Like · Reply · 7 mins



**Juliana Solace** just wait for it on DVD. this quality sucks lol
Like · Reply · 7 mins

**Irvin Saavedra** Cecilia
Like · Reply · 7 mins

**Hildana Ciser** Justin Ciser
Like · Reply · 7 mins

**Ethan Stone** Clark Phan check it out hd!
Like · Reply · 7 mins

**Brenden Crabbe** James Contes here you go
Like · Reply · 7 mins

> **James Contes** This legit?
> Like · Reply · 6 mins
>
> **Brenden Crabbe** Yeah lol looking at all the comments lol but the qualities shit
> Like · Reply · 4 mins
>
> Write a reply...

**Jimmie Faulkner** Sacha Parker
Like · Reply · 7 mins

**Phil Davis** Robert Davis
Like · Reply · 7 mins

**Stan Sosa Ross** Sade Campbell
Like · Reply · 7 mins

**Anton Williams** Six Seven Kitc
Like · Reply · 7 mins

**Mike Burns** Chad William
Like · Reply · 7 mins

**Andrew Cyprus** Rodwell Ndlovu
Like · Reply · 7 mins

**Adrian Manzanares** Alexis Jones
Like · Reply · 7 mins

**Jason Chamberlain** This should be reported. Go to the theaters and support Deadpool the right way!
Like · Reply · 3 · 7 mins

> **Matt Boswell** Any other movie I wouldn't care but damnit we need that sequel
> Like · Reply · 6 mins
>
> Write a reply...

**Mike Raspanti** Dylan Marhafer
Like · Reply · 7 mins

**Emaze Howerton** Johanna Roth Tosh Kapidzic Fulton
Like · Reply · 7 mins

**Steven Gabur** Alexander Iriarte hahaha
Like · Reply · 7 mins

**Eddy Macchione** Cody Maranto jesus christ this is real
Like · Reply · 7 mins

**Cody Ruth** Tai Thomas Jaiden VanHoesen Kris Van Hoesen
Like · Reply · 7 mins

**Nick Ainsley** Brandon Williams
Like · Reply · 7 mins

**Elizabeth Dianne Price** Fav movie (not for child's eyes though) lol
Like · Reply · 1 · 7 mins

**Adrian Manzanares** Mariah Luna
Like · Reply · 7 mins

**Nikkiisa Whitfield** Thank you
Like · Reply · 7 mins

TMPID00051



**Michael Gahr** Sylvia RodriguezJose Mejia coulda saved money
Like · Reply · 1 · 7 mins

**Eamonn Gillan** Aoibheann Maddy
Like · Reply · 7 mins

**Richard Campbell** Tyler Hughes
Like · Reply · 7 mins

**Justin Weber** Dion Wills-Watkins
Like · Reply · 7 mins

**Razvan Teioșanu** Eduard Cosmin Alin Sergiu
Like · Reply · 7 mins

> **Sergiu Papaghiuc**
> Like · Reply · 5 mins
>
> > **Răzvan Teioșanu** Merje
> > Like · Reply · 4 mins
>
> View more replies
>
> Write a reply...

**Hervey Gamez** Ale Hernandez there you go
Like · Reply · 7 mins

**Kione Lide** Kane Lide
Like · Reply · 7 mins

**Miguel Francisco Mabutol** Malkiel
Like · Reply · 7 mins

**Jesse James** Melissa Rodriguez
Like · Reply · 7 mins

**Lindsey Marie** Kenny Raphael
Like · Reply · 7 mins

**Wellsy Well** B
Like · Reply · 7 mins

**Oceane Pinot** Anne-Sarah Mm Drvih
Like · Reply · 7 mins

**Ben Batenhorst** Lataran Berrios
Like · Reply · 7 mins

**Conner Petrie** Murray Harris
Like · Reply · 7 mins

**Carrie Michael** Scott Patterson
Like · Reply · 7 mins

**Jared Zaworski** Jacob Adams this guy is the real mvp
Like · Reply · 7 mins

**Shane Open** Todd Greenland
Like · Reply · 7 mins

**Justin John Kuether** Elizabeth Martin
Like · Reply · 7 mins

**Rob Towler** Umairah Miah
Like · Reply · 7 mins

**Travis May** Travis May
Like · Reply · 7 mins

**Mike Jones** Corey Zerrer
Like · Reply · 7 mins

**Cord James**



Like · Reply · 6 · 7 mins

 **Derrick DC Carrington**



Like · Reply · 5 mins

 **Cord James**



Like · Reply · 1 min

 Write a reply...

 **Charlie Hillerman** Alesha McCluskey
Like · Reply · 7 mins

 **Matt Boswell** Kymberli Nykkol
Like · Reply · 7 mins

 **Cassy Lee** Aaron Eubanks Zack Eubanks
Like · Reply · 7 mins

 **Sebastian Pierce Reeve** Josh Watkins
Like · Reply · 6 mins

 **Shakira Tucker** Yall still should go buy the movie for support
Like · Reply · 2 · 6 mins

 **David Henry** Jack Harden
Like · Reply · 6 mins

 **David Peck** Alic Schrader
Like · Reply · 6 mins

 **Paul Brian Agreda** Joselin Kuro Agreda Jose Joseph Agreda Jonathan Agreda
Like · Reply · 6 mins

 **Davinder Cheema** Ruby Wu
Like · Reply · 6 mins

 **Ruby Wu** want to watch it again?
Like · Reply · 6 mins

Write a reply...



**Alexandra Pena** Mike Peltier... Soooo sad this movie was ruined. #Deadpool
Like · Reply · 6 mins

**Jasmine Park** Jessica Park if you bored at work lol
Like · Reply · 6 mins

**Andrew Wilson**
Like · Reply · 6 mins

**Timothy Litondo** Willis LeNoir
Like · Reply · 6 mins

**Nel Harris** Chad Free
Like · Reply · 6 mins

**David Henry** Tyler Richards
Like · Reply · 6 mins

**Felipe Hernandez** Luis Hernandez
Like · Reply · 6 mins

**Jared Andrews** Jonathan Theodat
Like · Reply · 6 mins

**Lawrence Santos Tuano** Dominic Frost Ronald Tuano
Like · Reply · 1 · 6 mins

**Travis Nopah** Mayra Pierce Brendon Munhall Jess Pierce Marzo Rico Melissa
Nopah Monica Bryan Garcia Keith Jenkins Sr. Toby Ramos
Like · Reply · 6 mins

**David Henry** John Tyler Davis
Like · Reply · 6 mins

**Daniel Palfreyman** Steve Palfreyman
Like · Reply · 6 mins

**Holly Wykert** 20th Century Fox Marvel Stan Lee
Like · Reply · 2 · 6 mins

> **Cecilia Bolognese**
> Like · Reply · 4 mins

> Write a reply...

**Josue Avalos** Giovanni Navarro
Like · Reply · 6 mins

**Gabe Wilson** Ank Wilson
Like · Reply · 6 mins

**Danny Mckiernan** Tom White
Like · Reply · 6 mins

**Camille Speir** Landon McFarland
Like · Reply · 6 mins

**Ashley Griffin** Someone's getting fined and prison lol
Like · Reply · 6 mins

**Urissa Curley** Shaundeen Atene
Like · Reply · 6 mins

**Chester Clarke** Callan Bryant
Like · Reply · 6 mins

> **Callan Bryant** NO
> Like · Reply · 1 min

> **Callan Bryant** I SHALL WATCH IT LEGALLY
> Like · Reply · Just now

> Write a reply...

**Garret Braddy** Tavis Powers Travis L Myles Sasha Johnson Devon Paxton
Like · Reply · 6 mins

**Billy Paradis** Victor Santiago I got u
Like · Reply · 6 mins

**Bryant Wilson** Brandy Niswanger
Like · Reply · 6 mins

TMPID00054



**Dewey Namee** Becca Michelle
Like · Reply · 6 mins

**Stephany Interiano** Jake Rapier Piotr Gocek Max WayneNatsu Dragneel
Like · Reply · 6 mins

**Nina Hawk** Valencia Boone
Like · Reply · 6 mins

**Jose Rivera** Parker Hanna
Like · Reply · 6 mins

**Anthony Mcintosh** Kashious McKinley
Like · Reply · 6 mins

**Jared Loehr** This is the most deadpool thing any person can do
Like · Reply · 6 mins

**Brady Collins** Antoine Kirkland, J.t. Stevens Katie Rivers, Xavier Berry
Like · Reply · 6 mins

**Brady Bykowski** Mike Camerato
Like · Reply · 6 mins

> **Mike Camerato** Is this actually it?
> Like · Reply · 5 mins
>
> **Brady Bykowski** idk I haven't seen the movie yet I would just skip through to make sure
> Like · Reply · 1 · 4 mins
>
> View more replies
>
> Write a reply...

**Willis LeNoir** Timothy Litondo rahhh maaaad
Like · Reply · 6 mins

**Ross Gilliam** Lol the beauty of bootleg
Like · Reply · 6 mins

**Raul Garcia** Here so u won't spend money Mark Alex Garcia
Like · Reply · 6 mins

**Jeff Kemper** John Caldwell Sead Velic
Like · Reply · 6 mins

**Marquis Dixon** Michael Piccolino Joseph Spensien
Like · Reply · 6 mins

**Cristina Lopez** Angie Lopez
Like · Reply · 6 mins

**Ashley Huxta** Draven Miller
Like · Reply · 6 mins

**David Ulibarri** Kaleb Gamble Terrill Johnson
Like · Reply · 6 mins

**Isak Alvarez** Daniel Verdugo
Like · Reply · 6 mins

**Jason Padua** Christian De Los Santos Labinot Visoka
Like · Reply · 6 mins

**Christopher Hall** Brian Greene
Like · Reply · 6 mins

**Jeremiah Perry** Devante Harris
Like · Reply · 6 mins

**Clarence Hairston** Angel Mendez
Like · Reply · 6 mins

**Mayra Alejandra Trevino** Carolina Jara
Like · Reply · 6 mins

**Joshua Whetstone** Jacqueline Mendoza
Like · Reply · 6 mins

**Brandon Ashton** Lucia Lioven
Like · Reply · 6 mins

**Donovan Michael Stolp** for sure reporting this shit
Like · Reply · 1 · 6 mins



Edgar Delaluz U a bitch. U need some pussy
Like · Reply · 4 mins

Donovan Michael Stolp You offering yours? Bitch.
Like · Reply · Just now

Write a reply...

Lesly Villegas Mario Rico Luis G Vargas .____.
Like · Reply · 1 · 6 mins

Nick Bryan Serria Bryan
Like · Reply · 1 · 6 mins

Will Nwaokolo Tony Nwaokolo wow the whole movie
Like · Reply · 1 · 6 mins

Ruben Ochoa Samantha Jo Maldonado
Like · Reply · 6 mins

Jessica Coleman Leanne Coleman
Like · Reply · 6 mins

Claudia Boyo Jamie Boyo
Like · Reply · 1 · 6 mins

Nino Bruno Vincent Bruno
Like · Reply · 6 mins

Morgan Dixon Ian Dixon
Like · Reply · 6 mins

Dylan Solomon     Breyanne Harker who needs to spend money at the fucking theaters
Like · Reply · 6 mins

Breyanne Harker Movie Theaters? What is that??? lmao ... All bootlegged movie for movie nights yee
Like · Reply · 4 mins

Dylan Solomon     just bring by the popcorn. See shadows of people walk across the screen haha
Like · Reply · 3 mins

View more replies

Write a reply...

Kaitlin Berdan Logan Cotton Krista McEwen Kaitlin Berdan look at this
Like · Reply · 6 mins

Britt Green Pj James
Like · Reply · 1 · 5 mins

Olivier Marchessault Samuel Guay
Like · Reply · 5 mins

Samuel Guay Ah bin caline
See Translation
Like · Reply · 5 mins

Olivier Marchessault eheheh
See Translation
Like · Reply · 4 mins

Write a reply...

Gio Francois Christopher Alexander bruh
Like · Reply · 5 mins

Zoey Nikole Danny Stern
Like · Reply · 5 mins

Austin Niemeyer Michael Barker
Like · Reply · 5 mins

Pepz Salcedo Free movie folks share the shit out of this put theater out business for a week lol
Like · Reply · 5 mins

Zack Kettle Madisyn Campbell
Like · Reply · 5 mins

Gage Gordon Goff Jezel Jezel Miah Dougherty
Like · Reply · 5 mins

TMPID00056



Chris Breezy Why
Like · Reply · 5 mins

Andres Martinez Victor Martinez Gilberto Carbajal Brian Torres. You're welcome ice
Like · Reply · 5 mins · Edited

Tia Willis Xavier Salone
Like · Reply · 5 mins

Tia Willis They already starting to report it lol
Like · Reply · 5 mins

Write a reply...

Alejandro Moncada Carlito Rodriguez
Like · Reply · 5 mins

Maddie Spencer Noah Zanradnik on my god...
Like · Reply · 5 mins

Jill Tobar Inspirati Art
Like · Reply · 5 mins

Jack Scott Tony Thomson
Like · Reply · 1 · 5 mins

Bryan DjMagnum Evans Lmao at people tagging the FBI, Marvel and Fox.....lol
Like · Reply · 1 · 5 mins

John Vazquez Nick Michael Doerig
Like · Reply · 5 mins

Corinna Brown Scottie Facyson is this really the full movie??
Like · Reply · 5 mins

Ivonne AO Hernandez Alexis didn't you want to watch this movie?
Like · Reply · 5 mins

David Peck Michael Rodriguez
Like · Reply · 5 mins

Juan Torres Joel Torres
Like · Reply · 5 mins

Sarah Brinkman Brett brinkman
Like · Reply · 5 mins

Kristopher Torres Nick Taylor since i know you going to take forever to watch it here you go
Like · Reply · 5 mins

Brent Michael Gibson Edward Aguilar
Like · Reply · 5 mins

Hamish Stewart Connor Redgrave Charlie G Nicol
Like · Reply · 5 mins

John Vazquez Edgar Torres
Like · Reply · 5 mins

Margo Liontop Romero-Lovo Jesus Suarez
Like · Reply · 5 mins

Leslie Morales Pops this is it Jose Morales
Like · Reply · 5 mins

Cecy Rodriguez Chavez Amy Sanchez here u go
Like · Reply · 5 mins

Samantha Silvestri Michael Cardona
Like · Reply · 1 · 5 mins

David Marquis Fbi is not going to like this ...watch yourself
Like · Reply · 5 mins

Briar Williams Brandon
Like · Reply · 5 mins

You Thao Tracy Lee
Like · Reply · 5 mins

Mel Lisa Marie BigLou Staygrinding Fuentes
Like · Reply · 5 mins

Daniel Meeks Chelsea Walker the hold movie
Like · Reply · 5 mins

TMPID00057



**Chelsea Walker** People play too much!
Like · Reply · 3 mins

Write a reply...

**Katerinne Davila** Erick Orellana
Like · Reply · 5 mins

**Eddie Osorio** Go spend the fucking 8 bucks and watch the real thing.
Like · Reply · 4 · 5 mins

**Chris Gillette** Jacob Summers
Like · Reply · 5 mins

**Jacob Summers** Saw it last night lol
Like · Reply · 1 · 4 mins

Write a reply...

**Donna Vanpool Lawrence** 24 hours ago this would have saved me $20...lol
Like · Reply · 1 · 5 mins

**Paige Mundo** Kitti Bo Chuenmanoot
Like · Reply · 5 mins

**Javier Reveron** Adam Goldberrg watch what we missed. Not much
Like · Reply · 5 mins

**Roger Mendez** Hailey Mane
Like · Reply · 5 mins

**Kimberley Pacher** Tee
Like · Reply · 5 mins

**Erick Santos** Monica Marina Velez in case you wanna watch it again lol
Like · Reply · 5 mins

**Jameson Rivera** Iz Jr Narvaez Rusty Jesus Shackleford
Like · Reply · 5 mins

**Iz Jr Narvaez** U cant tagged me on something I already tagged u on
Like · Reply · 3 mins

Write a reply...

**Mark Meucci** Michael Oswalt
Like · Reply · 5 mins

**Michaela Chamberlain** Kylie Knisley
Like · Reply · 5 mins

**Claire Elizabeth Cole** Paul Cole
Like · Reply · 5 mins

**Tom White** Declan Flum
Like · Reply · 1 · 5 mins

**Isaac Gentry** Chelsey Mckimmy Benji Samaniego
Like · Reply · 5 mins

**Diamond Durantula McFarlane** Mackenzie
Like · Reply · 5 mins

**Josh Day** Freddie Ward
Like · Reply · 5 mins

**Joshua Dittrich** Austin Oropeza
Like · Reply · 5 mins

**Robert Marcial** Isabel McGuire
Like · Reply · 5 mins

**Gordon Wheeler Jr.** I don't think anyone is going 2 waste their time watching such a good movie off of facebook for 1 and with bootleg quality for 2 it's not like watching a ppv UFC fight on facebook
Like · Reply · 1 · 5 mins

**Treign Alleyne** Tyrell Martelly
Like · Reply · 5 mins

**Gaby Pascual** Evelyn Garcia Juli Mendoza Cindy Zamora save yourself some money & watch it! Lol
Like · Reply · 5 mins

TMPID00058



**Morgan Dixon** Scott Hendricks share to save a life
Like · Reply · 5 mins

**Wade Wilson** Ryan Reynolds
Like · Reply · 5 mins

**Pepz Salcedo** Free movie folks share the shit out of this put theater out business
for a week lol
Like · Reply ·   1 · 5 mins

**GloBoy Flacco** GloBoy Brazy
Like · Reply · 5 mins

**Raudel Ruiz** Abraham Avila Raiden Jgodoa Marion LMFAO
Like · Reply · 5 mins

**Jacob Reamer** Spencer Alisia
Like · Reply · 5 mins

**Dakota L Apfel** Kristopher Cade
Like · Reply · 5 mins

**Nadege Guino** Camila Dias !!
Like · Reply · 5 mins

**Javier Ramos** Anfernee Romero
Like · Reply · 5 mins

**Brian Alvarez** Lizett Mejia watching it lol
Like · Reply · 5 mins

**Edwin Elias Medina** Cesar Soga nahahaha la subieron al FB
See Translation
Like · Reply · 5 mins

**Cecilia Bolognese** Veronica Henao-Perea
Like · Reply · 5 mins

**Neon King** Luis Rojas
Like · Reply · 5 mins

**Travis Womach** Kyle Townsend
Like · Reply · 5 mins

**Cody Miltenberger** Chris Miltenberger David Hurd
Like · Reply · 5 mins

**Yassir Montoya** Anthony Aj Mills
Like · Reply · 5 mins

**Dan Phillips** Darryl Lawrance
Like · Reply · 5 mins

**David Quinn** Joe Clack
Like · Reply · 5 mins

**Caitlin Cahil** Henry Robinson enjoy lol
Like · Reply ·   1 · 5 mins

> **Henry Robinson** Cheers I will do once I get home from seeing it at the
> cinema
> Like · Reply ·   1 · 4 mins
>
> Write a reply...

**Adrian R Medina** Jacob Romero
Like · Reply · 5 mins

**Juan Valencia** Jose Valencia Victor Valencia
Like · Reply · 5 mins

**Kyle McCullough** Vernon Mccullough
Like · Reply · 5 mins

**Maritza Pinto** Jaime Pinto when you don't feel like paying $7
Like · Reply ·   1 · 5 mins

**Stefanie Lovesyuu** Robert Tirbene
Hajar Benssouda
Like · Reply · 5 mins

**Jordan Whyte** Jordan Whyte
Like · Reply · 4 mins

TMPID00059



Mardia Khan Nadira Akter lol
Like · Reply ·    1 · 4 mins

Nadira Akter Thanks but can't watch this now
Like · Reply ·    1 · 3 mins

Write a reply...

Ryan Pillow Damian Horton
Like · Reply · 4 mins

Juan Valencia Matthew Hardin Arturo Baez Baez
Like · Reply · 4 mins

Robert Ferrera Michael Salas Brett Shane Carlos Fernandez Steve Heinrich
you can watch dead pool here lol
Like · Reply · 4 mins

Christina Evans Chris Stone
Like · Reply · 4 mins

Louis Takacs Hunter Shots
Like · Reply · 4 mins

Malik Joyner I was seriously ready to turn my volume down in case of moaning
Like · Reply ·    1 · 4 mins

Amanda Schrimsnear Aaron Smith
Like · Reply · 4 mins

Jack Derry Tom Bourne Cameron Hendy
Like · Reply · 4 mins

Alexander Ulisses Barraza Eduardo Cardenas Michael Draling Miguel Angel
Marin Anthony Batres
Like · Reply · 4 mins

Ronald Shoffner Caitlin Michelle Parks
Like · Reply · 4 mins

Stephen Palmer Scott Whitefield
Like · Reply · 4 mins

Luis Rojo Cisco Aragon
Like · Reply · 4 mins

Reno Gourdine

Like · Reply ·    4 · 4 mins

Anamaria Mendoza Lol Mario D Trevino
Like · Reply · 4 mins

Chloe Gribble Greig Rollo
Like · Reply · 4 mins

August August Tommy A. Flores
Like · Reply · 4 mins

Sarah Glassenbury Josh Cheesman
Like · Reply · 4 mins

Joe Krier Taylor Devenport
Like · Reply · 4 mins

Frank Hamel Destiny
Like · Reply · 4 mins

Cesar Garcia Alan Castillo Jajajaa
See Translation

TMPID00060



Like · Reply · 4 mins

**Delano BigBank Morgan** Larry Valentine Chris Stephenson                    . Lml
now you can watch the full movie bros they Ohhdeee with this
Like · Reply · 4 mins

**Rob Hamilton** Or just download kodi
Like · Reply ·   1 · 4 mins

**Daniela Suasnabar** Michael Tran
Like · Reply · 4 mins

**Rahnesha Brooks-Stafford** Jenice Antwanette
James Brooks
Like · Reply · 4 mins

**Adrian Zheng** Jesse Swadley just sign in on fb threw you Xbox and we watch it
or what?
Like · Reply · 4 mins

> **Jesse Swadley** The quality is terrible tho
> Like · Reply · 1 min
>
> Write a reply...

**Russ DeFord** Michael Emerson DeFord
Like · Reply · 4 mins

**Dallas Ellis** Paul Najarian Kevin Fay
Like · Reply · 4 mins

**Hannah Renee McInerney** Dylan Hast
Like · Reply · 4 mins

**Aimme Conchita Lopez** Joey Hernandez
Like · Reply · 4 mins

**Kiran Kalyan** We paid $37 lol Konain Saiyed
Like · Reply · 4 mins

**Mikki Mouusee** Dane Gardener
Like · Reply · 4 mins

> **Dane Gardener** Blood fb movies now
> Like · Reply · 3 mins
>
> Write a reply...

**Justin Ruiz** Damien Ruiz
Like · Reply · 4 mins

**Sampson Cowap** Robbie Lambert
Like · Reply · 4 mins

**Nino Bruno** Mikayla Luthi
Like · Reply · 4 mins

**Luke Morris** Callum Brown
Like · Reply · 4 mins

**Jackie Bernard** Emily Hall so we can watch it over and over!!
Like · Reply · 4 mins

**Tom Baldwin** James Swain
Like · Reply · 4 mins

**Xavier Salone** Tia Willis a gotdamn shame
Like · Reply · 4 mins

**Adam Werrett** Connor Spooner
Like · Reply · 4 mins

**Jason Anderson** Joey Binks
Like · Reply · 4 mins

**Tom Trofimchuk** William Goley
Like · Reply ·   1 · 4 mins

**'Rubbi Loeera** Jajajajajajjauaua Missael Ortiz ni lo que pagamos
See Translation
Like · Reply · 4 mins

**Aj Franklin** Patric Morrell
Like · Reply · 4 mins

> **Patric Morrell** Nah I can't do it lol

TMPID00061



Like · Reply · 3 mins

Write a reply...

**John Karanja** Barrett Juhrend
Like · Reply · 1 · 4 mins

**Lowkeyy Ralphy** Youngin Named Justin
Like · Reply · 4 mins

**James O'Shea** Jay Fisher Jimmy McGowan
Like · Reply · 4 mins

**Nathan Forster** Oh hey look, the whole dead pool movie. Jaked Regan
Vinchenzo
Like · Reply · 4 mins

**David Ulibarri** Virgil Patlan II
Like · Reply · 4 mins

**Bond Srida** Charlie Longden
Like · Reply · 4 mins

**Liam Condon** Niall Phelan you're welcome
Like · Reply · 4 mins

**Billy Paradis** Vanessa Rocha
Like · Reply · 4 mins

**Eric Bertoglio** Brandon Brown
Like · Reply · 4 mins

**Corey Hinchey** Salvador Ficarra
Like · Reply · 4 mins

**Joe Sorg** Miles Bertkops
Like · Reply · 4 mins

**Kenrie Cruz-Verdugo** Ashley Nicole Smith I have already seen the movie
Like · Reply · 4 mins

**Charlie Hillerman** Granvel Burchett
Like · Reply · 4 mins

**James Persinger** Devin Baum
Like · Reply · 4 mins

**Hector Miguel Ortega Torres** Jonathan Salmeron
Like · Reply · 4 mins

**Austin Sexton** Phoenix Figueroa
Like · Reply · 4 mins

**Drew Dutton** Josh Penfield
Like · Reply · 4 mins

**Mikeyy Ag** John Castillo Josh Aguilera Robert Aguilera
Like · Reply · 4 mins

**Dalia Snchz** Julian Askew
Like · Reply · 4 mins

**David Lemkay** Darren BrandAmber CrossDonovan SmithBryanna Night-Hawk
Like · Reply · 4 mins

**Dallas Perepelitza** Derek Perepelitza Chris Daw
Like · Reply · 1 · 4 mins

**Shawn Warren Brown** Elyza Elizondo Soto
Like · Reply · 4 mins

**Nadege Guiho** AnneCharlotte De la Brigandene Duc De la Brigandene
Like · Reply · 4 mins

**Onikey Maria Meyers** Dani
Like · Reply · 4 mins

**John Platt** Shannon Rogers
Like · Reply · 1 · 4 mins

**Shannon Rogers** I know we're poor but damn hanahah
Like · Reply · 1 · 3 mins

Write a reply...

TMPID00062



**Luis Donaldo Delgado** Eduardo Sierra
Like · Reply · 4 mins

**Michelle Strauss** Karen Alvarez without paying
Like · Reply · 4 mins

> **Karen Alvarez**            did you see it already
> Like · Reply · 2 mins

> **Michelle Strauss** Yeah 😁 James took me for Valentine's Day.
> Like · Reply · 2 mins

> View more replies

> Write a reply...

**Kenrie Cruz-Verdugo** #BossStatus
Like · Reply · 4 mins

**Mone't Thomas** Dudeeeeee this is so wrong Aleigha Tiara Collins
Like · Reply · 4 mins

**Austin Araiza** Valerie Estrada
Like · Reply · 4 mins

**Chris Arn-Horn** Lmfao just incase if you wanted to see it again but at home lol April M. Loeza
Like · Reply · 4 mins

**Micheal Denton** Piracy is not a victimless crime
Like · Reply · 4 mins

**Melanie Mailman** Christopher Walcer now we don't have to see it again
Like · Reply · 4 mins

**Ronnie Calzada** Ronnie Calzada
Like · Reply · 4 mins

**Shawn Warren Brown** Michael Beltran
Like · Reply · 4 mins

**Darren Phelps** Jack
Like · Reply · 4 mins

**Stacey Louise Oliver** Barry John Oliver
Like · Reply · 4 mins

**Holly Wykert** To everyone calling me a snitch:
Yes that's exactly what I'm doing and I'm okay with that, this recording is a shitty piece of asshat shit and I hope it's get taken down. If you think I'm butt hurt
shocker, i don't care. I know I'm being a nark. This cocky douche deserves it
Like · Reply ·   2 · 4 mins

> **Trunks Off** You a waste
> Like · Reply · 3 mins

> Write a reply...

**Bruno Pedreira** Rob Talal
Like · Reply · 4 mins

**Briann Hairston** Keith Hairston Kathialy Augustin Dionte Brogdon Lindsay White
Like · Reply ·   1 · 3 mins

> **Dionte Brogdon** Saw it twice cuzzie
> Like · Reply · 2 mins

> Write a reply...

**Shawn Warren Brown** Travis Cloward
Like · Reply · 3 mins

**Andy Gamez** Areli Villa
Like · Reply · 3 mins

**John Headcoachlawncrestlionspeewees Davis** Andrew Davis Jose Rivera Marcus Bowman Jerrell Williams Eric Davis
Like · Reply · 3 mins

**TMPID00063**


**Chris Valdivia** Val Thanlom-Valdivia
Like · Reply · 3 mins


**Paulina Ramirez** Rogelio Sanchez
Like · Reply · 3 mins


**Mike Kivlin** Michael Coleman
Like · Reply · 3 mins


**Colin Pribula** Nick Tirabassi
Like · Reply · 3 mins


**Paul Jr Smithers** Desmond Walker
Like · Reply · 3 mins


**Zack Porter** Ronnie Bouchard
Like · Reply · 3 mins


**Xitlally Avila** We don't even have to go to the movies anymore lol George Castaneda
Like · Reply · 3 mins


**Dana Lewis** Autumn Rose Captain
Like · Reply · 3 mins


**Olivia Ybarra** Vicente Pete Urena lol
Like · Reply · 3 mins


**Nico Smith** Rich Whaler watch it before it goes Shaun Hayward Shell Bell Richard Harris Daniel Barrow Kyle William Evans if ur interested.
Like · Reply · 3 mins


**Jordan Kay** Colby Bodin
Like · Reply · 3 mins


**Allison Dettmer** Daniel Johnson
Like · Reply · 3 mins


**Jennifer Mendoza Banda** Miguel nella bootleg
Like · Reply · 3 mins


**Yassir Montoya** Victor Gomez
Like · Reply · 3 mins


**Erick Aguilar** @FBI
Like · Reply · 2 · 3 mins


**Tyler Schroeder** Remy Kellogg Jake Faulkner Cole Williams Mitchell Wilson
Like · Reply · 3 mins


**Gordon Sutherland** James Hamilton full movie
Like · Reply · 3 mins


**Wesley Jackson** Holden Gonzales
Like · Reply · 3 mins


**Travis Laymon** illegal!!
Like · Reply · 1 · 3 mins


**Nathan Lenton** Ashley Brown
Like · Reply · 3 mins


**Hatua Devon Lee Palalagi** Tyler Melbourne Jacob Tuaeu Jonah Rakuraku
Like · Reply · 3 mins


**Ivan Valencia** David sin mucho verboo
See Translation
Like · Reply · 3 mins


**Paige Mundo** Gerald Mantanona Carolin Diett
Like · Reply · 3 mins


**Emerald Reid** Sela Pule
Like · Reply · 3 mins


**Briann Hairston** Maeve Estrada Blake Fisher
Like · Reply · 3 mins


**Brock Ogden** Jeremy Craft
Like · Reply · 3 mins


**Aldegundo Rios** Nallely Erick Rios watch that noe
Like · Reply · 3 mins

 **Tailor Franklin** Tailor Franklin
Like · Reply · 3 mins

 **Bobby Grimes** Christian White
Like · Reply · 3 mins

 **Breanna Lorenz** Daniel Lorenz
Like · Reply · 3 mins

 **Daniel Moore** Aaron Richardson Zachary Richardson Spencer Richardson
Daniel Moore lol
Like · Reply · 3 mins

 **Bianca Carr** Kim Kandt Carr
Like · Reply · 3 mins

 **Grant Richards** Krista Adkins Ethan Richards
Like · Reply · 3 mins

 **Imani Smith** Mel Smith lets watch this tomorrow
Like · Reply · 3 mins

 **Aaron Judge** Timothy Smyton
Like · Reply · 3 mins

 **Rocio Gorgonio** Liz Varela
Like · Reply · 3 mins

 **Ryan Gordon** We don't have to go to the movies Kelly Mac Ryan MacGilvray
Like · Reply · 3 mins

 **Hannah Truax** Adrianna Guyaux
Like · Reply · 3 mins

 **Mary Angelita Thompson** Christian Thompson Kirsten Thompson
Like · Reply · 3 mins

 **Jessica Vera** Julio C. Castro Jesus Villavicencio Jessica Vera
Like · Reply · 3 mins

 **Shaitann Wright** Seventh Burgeon
Like · Reply · 3 mins

 **Sam Tynan** James Macleod
Like · Reply · 3 mins

 **Antonio Preciado** Salvador Gonzalez Jose Gomez Miguel Gomez-Preciado
See Translation
Like · Reply · 3 mins

 **Derek Parks** Jason Louis Spardella
Like · Reply · 3 mins

 **Dakota Haggerty** Jacob Powell
Like · Reply · 3 mins

 **Julee Ayers** Matt
Like · Reply · 3 mins

 **Yassir Montoya** Sergio Marmolejo
Like · Reply · 3 mins

 **Corey Hinchey** bob bob
Like · Reply · 3 mins

 **Jason Boston** Derek, here you go.
Like · Reply · 3 mins

 **Slade Hermanator** Adriana Fritsch
Like · Reply · 3 mins

 **Jake Finnon** Rebecca Jane Jones
Like · Reply · 3 mins

 **Elyssa Marie** Selina Mounts
Like · Reply · 3 mins

 **Eric Boolsesh Ward** Freddie Boolerjack Curtis
Like · Reply · 3 mins

 **D.J. Moore** Caleb Wiggins
Like · Reply · 3 mins

 **Joseph Hottness** Andrew
Like · Reply · 3 mins



Jordan Revels Elayna Green
Like · Reply · 3 mins

Obai Sadek Lawrence Alphonse
Like · Reply · 3 mins

William Hutchison Yes
Like · Reply · 3 mins

Souksann Phoummavong Matthew Bounnak Jeffrey Phoummavong
Like · Reply · 3 mins

Blu Shaw Daniel Ludford
Like · Reply · 3 mins

Nicole Godfrey Cory James Bessell
Like · Reply · 3 mins

Chelsey Hanson Matt Cee
Like · Reply · 3 mins

Holly Wykert 20th Century Fox Marvel Stan Lee
Like · Reply ·    2 · 3 mins

Breanna Lorenz Jarrad Manning
Like · Reply · 3 mins

Evan Spera Jack Mirabito Zak SandersMatt Lawrence here ya go
Like · Reply · 3 mins

Ian Taula Jono Taula
Like · Reply · 3 mins

Douglas Garcia Ismael Ruan
Like · Reply · 3 mins

Juan Cruz Becks Bend
Like · Reply · 3 mins

Shawn Warren Brown Nairda Zias
Like · Reply · 3 mins

Eddie Shead Kimberly Shead why couldn't i see this earlier
Like · Reply · 3 mins

Emily Brookes Charlotte Brookes
Like · Reply ·    1 · 3 mins

Arron R. May Christian Brown
Like · Reply · 3 mins

Trina Marie Louke Steven Louk
Like · Reply · 3 mins

Catalina Gutierrez El Erickk Montanez
Like · Reply · 3 mins

Amanda Gillespie Kevin Jones
Like · Reply · 3 mins

Brendan VanHouten why is this here? is it not coming out on dvd?
Like · Reply · 3 mins

Blu Shaw Declan Cassidy
Like · Reply · 3 mins

Jamie-Leigh Harrison Josh Baan
Like · Reply · 3 mins

Matthew Dumney Derek Reiman
Like · Reply · 3 mins

Catalina Gutierrez Aidee G Mnz
Like · Reply · 3 mins

Troy De Jesus Klanssia Hardy
Like · Reply · 2 mins

Nina Trankina Christina Psinountas Andrew Eisenhart
Like · Reply · 2 mins

Jesus Maldonado Jackie Estrada I couldn't find your comment but i think we should just watch it at the movies lol
Like · Reply ·    1 · 2 mins

Jackie Estrada Hana I know all I put was that we could just watch it here

but of coursee i was jk. This would be our last option

Like · Reply · Just now

Write a reply...

**Cynthia Barrera** Antonio Toocool
Like · Reply · 2 mins

**Denzel Allen** The one movie worth paying for. Smh.
Like · Reply · 1 · 2 mins

**Josh Snelling** Dan Smith Rob Snutt Jack Breckell Andy Hartley-Bingle Ryan Dawes
Like · Reply · 2 mins

**Sean Folden** Awesome
Like · Reply · 2 mins

**Ethan Power** Cameron Forbes-Perry wtf
Like · Reply · 2 mins

**Aimee LoRusso** Ryan Massonneau
Like · Reply · 2 mins

**Ben Maher** Kobe Harris
Like · Reply · 2 mins

**Kirsten Osborne** Kevin Nguyen
Like · Reply · 2 mins

**Josh Berry** David Copher
Like · Reply · 2 mins

**Annette Louise Bateman** Brett Arkwright
Like · Reply · 2 mins

**Brian Ogalbe** Sucks for the people who paid
Like · Reply · 2 mins

**Harry BearCrue Riggs** Nikk BearCrue Heslop
Like · Reply · 2 mins

**Natalia Green** This is actually really shitty to do and they're gonna get so fuckin sued Jamin Loveless Daniel Green
Like · Reply · 1 · 2 mins

**Peter Wilken** Anthony Gallo Fabian Ceballos
Like · Reply · 2 mins

**Joshua Sleep** Victoria Cini Tommy John
Like · Reply · 2 mins

**Anyanwu Wrek P Carter** Yesssssssssssssss
Like · Reply · 2 mins

**Mardoche Kitenge** This is too far     Herve Ndongala Dan Badibanga Blanchard Ndongala
Like · Reply · 2 mins

**Alasdair Macmillan** Alistair Moffat full film
Like · Reply · 2 mins

**JP Torres-Dominguez** Nigga Lluvia Dominguez
Like · Reply · 2 mins

**Benny Ortiz** Boot leg I mean boots goes in feet     hahahahahah
Like · Reply · 2 mins

**Siloam Moon** Zack King
Like · Reply · 2 mins

**Ben Welker** Mohamed Juden
Like · Reply · 2 mins

**Stephanie Springer** Ryan Michael Sebastian
Like · Reply · 2 mins

**Potts Sean** Tatiana Foersier here you go
Like · Reply · 2 mins

**Ryan Larson** Joseph Aaron Larson
Like · Reply · 2 mins

**Brian Langston** Britni Smith
Like · Reply · 2 mins



https://www.facebook.com/trevon.franklin.33?fref=photo

TMPID00068



**Dylan McHutchison** Did thru record that way a baked tatие
Like · Reply · 1 min

**Ross Henderson** Hink so
Like · Reply · Just now

Write a reply...

**Josue Palacios** Sami Trujillo
Like · Reply · 2 mins

**Katrina Zapanta** Graysen Carlson
Like · Reply · 2 mins

**Lacy Miensma** Chelsea Luna
Like · Reply · 2 mins

**Talela Palometa** Joey Rasake still wanna watch dead pool?
Like · Reply · 2 mins

**Ricky Sanchez** Gary Puckhaber
Like · Reply · 2 mins

**Geoffrey Sun-dude Leaudais** Brighton Fma Amot
Like · Reply · 2 mins

**Gabrielle Marie Pagan-Macias** Troy Fletcher
Like · Reply · 2 mins

**Dakota John Lawson** Trayka Renee Northern
Like · Reply · 2 mins

**Tray J Neal** Mason D. Drobnick
Like · Reply · 2 mins

**Holly Wykert** CHIMICHANGAS! CHIMICHANGAS ALL AROUND! ON ME!
Like · Reply · 2 mins

**Dean Soria** Dean Soria .. so I could watch it later! Haha
Like · Reply · 2 mins

**Tom Coleman** Jeffrey Aaron
Like · Reply · 2 mins

**Alex Carter** Follow
Like · Reply · 2 mins

**Damir Shaqur Davis** Rockey Warren this shit its wild niggas put bootleg on the book
Like · Reply · 2 mins

**David Alvarado** Lindsey Alvarado
Like · Reply · 2 mins

**Nicola Boulton** James Brown
Like · Reply · 2 mins

**Blake Lightfoot** Scott Prioste
Like · Reply · 2 mins

**Nelson A Clitron** Aj Smurk Natasha Rivera
Like · Reply · 2 mins

**Joseph Iv Lovett** A
Like · Reply · 2 mins

**Junior Rios** Blwn Bullet
Like · Reply · 2 mins

**Jazmine Ramirez** JuJu Sun
Like · Reply · 2 mins

**Jay Russell** Lmao !
Like · Reply · 2 mins

**Brianna Bellhonte** Yoooo Tifany Cicala wanna watch it again lmao dead pool n chill?????
Like · Reply · 2 mins

**Long Live Dkb Buck** Long Live Dkb Buck
Like · Reply · 2 mins

**Freddy Silva** Jose Lanos
Like · Reply · 2 mins

TMPID00069



**Tyler Earley** Shelby Lynne Edmeads we don't need that lady telling are we need are ID to get in

Like · Reply · 2 mins

**Kimberly Donovan** Rebekah Lyzette

Like · Reply · 1 min

**Jose El Chivo Quintero** Mauricio Aguilar

Like · Reply · 1 min

**Mike LaShele Hernandez** Alyssa Colette

Like · Reply · 1 min

**Nick Pasciak** Tony Reid bored at work?

Like · Reply · 1 min

**Smashlyfe Verse** bis is outta line

Like · Reply · 1 min

**Dylan General** Luke Norman

Like · Reply · 1 min

**Andrew Francois** John King

Like · Reply · 1 min

**Miguel Castro** Juarez

Like · Reply · 1 min

**Felipe Garcia** Sayblen Grey

Like · Reply · 1 min

**Santino Giovanni Greco** Kieran Farrelly Rhys Liam Thomason Bradley Bourke Shane Finnegan

Like · Reply · 1 min

**Luke Mcdowall** Conor Steele Connor Gilroy

Like · Reply · 1 min

**Roisaleh Garcia** Nancy Gomez Zulma Gomez Jimenez Rick Luna Sal Luna nember the days we bought bootlegged stuff from the man in front of superior?

Like · Reply · 1 min

**Ti Akens** Branden Dross lol here you go

Like · Reply · 1 min

**Kim Parker-Bell** King Steele now your kids can watch it at home lol

Like · Reply ·   1 · 1 min

**Genrig Butler** Plug in to the tv tonight? Kaylin Gochanour

Like · Reply · 1 min

**Zach Baxter** Shane Newbery

Like · Reply · 1 min

**Markesha Sjfionmna** Kierra Shaw

Like · Reply · 1 min

**Blair Edgerly** Quincy Cotton here it is

Like · Reply · 1 min

**Jay Russell** Roger Wilson now u can watch it

Like · Reply · 1 min

**Ariel Alejandro Campos** Samaj Vassal

Like · Reply · 1 min

**Jeremy Glenn** Bill Ballard

Like · Reply · 1 min

**Keifer Thorne** Jack Marx

Like · Reply · 1 min

**Autumn Monfre** Cody Kaepernik

Like · Reply · 1 min

**Kyle McKenzie** Lance McKenzie

Like · Reply · 1 min

**Drake MacDonald** Keila Foley · Tanaka Ian Predham Bryce Gouthro Nathan Yetman

Like · Reply ·   1 · 1 min

**Jorge Luis Lopez** Kassandra Denaro

Like · Reply · 1 min



**Dennis Allen** Damarrio Miles im finna watch it right now 😊
Like · Reply · 1 min

**Kristin Turner** Bryan Turner
Like · Reply · 1 min

**Chris Short** Peter Osborne Samantha Wright
Like · Reply · 1 min

**Ellis Thomas** Daniel Lewis Ethan Condon Jack Skinner Dan Crocker
Like · Reply · 1 min

**Andrew Coleman** Andrew Coleman
Like · Reply · 1 min

**Chris Alvarado** Angel Serrano Jr. Your welcome
Like · Reply · 1 min

**Anthony Pockets Dotterer** Matt Pfautz Carl Welkel I ain't the only one lol
Like · Reply · 1 min

**Autumn Rose Captain** Cole Cantu
Like · Reply · 1 min

**Catalina Gutierrez** Latisha Atencio
Like · Reply · 1 min

**Trevor Edwards** Maurice Jacobs II
Like · Reply · 1 min

**Kodi Edwards** Matthew Edwards
Like · Reply · 1 min

**Mathieu Paradis** Nelson Rajotte Jean-Daniel Mathieu
Like · Reply · 1 min

**Catalina Gutierrez** Senna Atencio
Like · Reply · 1 min

**Bryson Clark** Aaron Justice
Like · Reply · 1 min

**Luis Vargas** Ke'Marri Gotti
Like · Reply · 1 min

**Jackson Groves** Hamish Jennett Nathan Clout
Like · Reply · 1 min

**Shanna Leigh Mawson** Benjamin Mawson Callum Mawson Dave Mawson
Like · Reply · 1 min

**Nick Johnston** Sarah Klotz
Like · Reply · 1 min

**EJ Labro** Jane Laggui
Like · Reply · 1 min

**Teofilo R Jr Dona** Jay Mills
Like · Reply · 1 min

**Logan Salas** Kevin Staton
Like · Reply · 1 min

**Mike Lam** Kelsea-Ann Lam look dead pool
Like · Reply · 1 min

**Joel Jhawk Cooper** Ronald Cooper lol
Like · Reply · 1 min

**Alberto Torres** Davian Rasool Pedro Perez Zerek Eschleman Seth Alexander
Like · Reply · 1 min

**Jennifer Rose Huff** Tyler Mack
Like · Reply · 1 min

**Brant Jacobs** Paul Deckard Bryan Gugliuzza Josh Bergstrom
Like · Reply · 1 min

**Anthony Holmes Jr** Danielle Holmes
Like · Reply · 1 min

**Jacob Romero** Joseph Romero Joseph Romero Joseph Romero Joseph Romero
Like · Reply · 1 min

TMPID00071



Jacqueline Miller Jourdyn Johnson bruh!!!!
Like · Reply · 1 min

Monti Patron Simone Hunter
Like · Reply · 1 min

Brian Cv Bui Good audio
Like · Reply · 1 min

Chris Woods Dave Brown
Like · Reply · 1 min

Mark Ruiz Thank you my good sir
Like · Reply · 1 min

Donny Hughes Izian Taylor here you go son watch the full movie
Like · Reply · 1 · 1 min

Pheng Xiong Ricky Vang
Like · Reply · 1 min

Dayna Torgerson Cameron Nealon Bryce Fulton Kathy Krendick lol
Like · Reply · 1 min

Ary Perez Tony Perez u can watch it
Like · Reply · 1 min

Steve Lemmon Tommy Lemmon
Like · Reply · 1 min

Shawn Ballentine Eric Judge
Like · Reply · Just now

Steffan Hymas Lando Walker
Like · Reply · Just now

Irving Le Badett Alex Garcia Christina Valle
Like · Reply · Just now

Henry Foo Jacky He Eric Sze
Like · Reply · Just now

Teryn Kort Moe Lamar
Like · Reply · Just now

Bekka Luna Reno Olague
Like · Reply · Just now

Kyle Richards Nicole Craig
Like · Reply · 1 · Just now

Chris Parker Brandon Mullens Johnny White
Like · Reply · Just now

Kay Marie It's so dumb don't waste your money corny as hell. Only marvel movie I cannot stand
Like · Reply · Just now

　　Joshua Morgan Dead pool does not approve
　　Like · Reply · Just now

　　Write a reply...

Jasmine Walls who did this bs
Like · Reply · Just now

Zachary Harrold Jeremy Humbard
Like · Reply · Just now

Will Mercier LeeAnn Baker
Like · Reply · Just now

Natalie Pope Georgia Taylor
Like · Reply · Just now

Holly Wykert 20th Century Fox Marvel Stan Lee
Like · Reply · Just now

Alfonso Morrell Alfonso Morrell
Like · Reply · Just now

Tristin Bashmore Jon Blaze Nick Dronan
Like · Reply · Just now

**Nick Alves** Jonathan F Amaral Will Rosado Jason Marty

Like · Reply · Just now



**Wallace Ramirez** Katherine N. Reyes

Like · Reply · Just now

**Mike Purgatorio** Mark Hamilton

Like · Reply · Just now

**Justin Morenouse** Stephen Frenette and we wasted 10.50..

Like · Reply · Just now

**Ryan Chadwick** Mikey

Like · Reply · Just now

**Briana Ibanez** Sarah Thor Manuel Gulsar

Like · Reply · Just now

**Holly Wykert**



Like · Reply · Just now

**Jonathan Calderon** Laury Calderon

Like · Reply · Just now

**Jake Burns** Jack Wendling

Like · Reply · Just now

**Spencer Choi** Blaire Michelin Drew VanRanden Mike Traylor

Like · Reply · Just now

Write a comment...

---

**Tre-Von M. King** shared **Booty had me like**'s photo.

February 20 at 11:09am ·



**Booty had me like**

February 20 at 10:18am ·

Like Page

