UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR17-00206 JAK | | Date | September 27, 2018 |
|---|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | N/A |

| Andrea Keifer | Alex Joko | Jenny Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevon Maurice Franklin | Not | | X | Summer Lacey | X | X | |

**Proceedings:** SENTENCING HEARING (Not Held; Continued)

The sentencing hearing is not held. Defendant is not present. Defense counsel reports that Defendant lives in Fresno and missed the bus this morning. Accordingly, she requests the Court to continue the sentencing hearing to October 4, 2018. The Court inquires as to the status of Defendant's case pending in the Superior Court of Fresno (the "State Action"). Defense counsel does not have any additional information but believes a hearing is scheduled in October 2018, in the State Action. Government counsel objects to a continuance of the sentencing hearing. Government counsel contends that Defendant's previous failure to appear and failure to adhere to the terms of his pretrial release warrants the issuance of a bench warrant. The Court, having taken into consideration the parties' respective positions, orders the issuance of a bench warrant. The Court notes the history of Defendant's failure to appear and adhere to the Court's Orders. Moreover, on September 10, 2018, Defendant was advised that a bench warrant would issue if he failed to appear at the Sentencing Hearing. Dkt. 46. The Court will permit Defendant the opportunity to self-surrender by 3:00 pm on September 28, 2018, at the Roybal Federal Building, located at: 255 E. Temple Street, Los Angeles, California. Defense counsel shall contact the Clerk by 5:00 pm today to inform her of whether Defendant intends to self-surrender by the foregoing date and time. If Defendant fails to self-surrender, a bench warrant will issue for his arrest. The sentencing hearing will be rescheduled for the first Thursday after the date Defendant is taken into custody.

**IT IS SO ORDERED.**

| | : | 07 |
|---|---|---|
| | Initials of Deputy Clerk | ak |

cc: